# Eliot Abbott, Volume I

In Re: Okun

LITigation SERVICES℠

Discovery + Depositions + Decisions

Job: 136507

Exhibit: 00732






Kluger Peretz
Kaplan & Berlin

Page 1
December 14, 2006
Invoice No: 8545
KPKB Matter No.: 6025.0001

Edward Okun
10800 Midlothian Turnpike
Suite 300
Attn: Lara Coleman
Richmond VA  23235

ATTN: Edward OkUn

RE:  General Matters

INVOICE SUMMARY PAGE

PREVIOUS BALANCE

| Inv. Date | Inv# | Invoice Amount | Payments/Adj. | Balance Due |
|---|---|---|---|---|
| 12/14/2006 | 8545 | $46,305.75 | $0.00 | $46,305.75 |

TOTAL BALANCE DUE UPON RECEIPT                                    $46,305.75

THIS STATEMENT IS DUE UPON RECEIPT
Kluger, Peretz, Kaplan & Berlin P.L.
201 South Biscayne Boulevard, Suite 1700
Miami, Florida 33131
Phone:(305) 379-9000   Fax:(305) 379-3428
Fed. ID# 01-0762467

**KP0001**

**PRIVILEGED**



EXHIBIT
732
3/24/11

KPB000002

Okun, Edward

:neral Matters

Page 2
December 14, 2006
Invoice No.: 8545
KPKB Matter No.: 6025.0001

## DETAIL FEE AND COST BREAKDOWN

| | FEES | | HOURS | |
|---|---|---|---|---|
| 11/24/2006 | | | | |
| ALK | Initial conference with client and Richard Simmering. | | 2.00 | 1100.00 |
| 11/26/2006 | | | | |
| ALK | Confer with SIS regarding ▓▓▓▓ matter. | | 0.25 | 137.50 |
| SIS | Review various emails from A. Kaplan re: general status and prepare responses; emails to and from R. Simring re: same. | | 0.50 | 212.50 |
| 11/27/2006 | | | | |
| SIS | review various emails among R. Simring and A. Kaplan; call with R. Simring; | | 0.25 | 106.25 |
| ECA | Ed Okun: call from RS re mutual confidentiality nda agreement re ▓▓▓▓ | | 0.25 | 137.50 |
| ALK | Confer with ECA and SIS re: status of meetings with client. | | 0.25 | 137.50 |
| SIS | Detailed intake conference with E. Abbott, R. Simring, and E. Okun regarding various business issues and related document review. | | 5.00 | 2125.00 |
| ECA | meeting with Richard, SIS, Ed | | 5.00 | 2750.00 |
| DSB | Ed Okun - preliminary document review; telephone conference with California counsel regarding non-disclosure and non-circumvention agreement | | 1.30 | 617.50 |
| 11/28/2006 | | | | |
| ALK | Confer with ECA and SIS re: meetings with client and ▓▓▓▓ and status of pending matters. | | 0.25 | 137.50 |
| SIS | Additional intake conferences with E. Abbott, R. Simring, and E. Okun regarding pending issues and potential going forward strategies; review various emails post meeting. | | 7.75 | 3293.75 |
| ECA | ED OKUN meet with Richard (and Ed), calls and work on termination with Todd, calls re Purchase of 1031 (calif), meet with Mike Rosen | | 8.25 | 4537.50 |
| DSB | attention to matters regarding separation of Todd P. and California acquisition | | 4.30 | 2042.50 |
| MGC | Conference with Eliot Abbott and Mr. Okun; scanned copies of 2 HUDs to Chris Hoctor, in-house counsel; telephone conference with and fax to Freeman, Haber, etal. requesting copis of owner's title insurance policies for the 2 units never received by client; e-mail to Jon Chassen. | | 0.50 | 77.50 |

KP0002

**PRIVILEGED**

Page 3
December 14, 2006
Invoice No.: 8545
KPKB Matter No.: 6025.0001

Okun, Edward

General Matters

| FEES | | | HOURS | |
|---|---|---|---|---|
| 11/28/2006 | | | | |
| | MIH | Research for ECA. | 1.00 | 155.00 |
| 11/29/2006 | | | | |
| | LPS | Ed Okun-conduct research survey of 50 states re: regulations on qualified intermediaries for 1031 transactions; regulations from IRS on qualified intermediaries for 1031 transactions | 6.85 | 1507.00 |
| | SIS | Status and strategy conference with E. Abbott, R. Simring, E. Okun, and D. Field regarding financial issues and corporate structure; review various documents and emails; status and strategy conference re: all matters with E. Abbott, J. Chassen, and D. Bergman. | 5.50 | 2337.50 |
| | JC | conference with Eliot C. Abbott re: preparation of section 1031 qualified intermediary exchange Contract, new financing secured in part by mortgages upon Brickell Key condo units | 0.55 | 233.75 |
| | ECA | ED OKUN with ED and Richard all day on boat and then at office re multiple matters | 9.25 | 5087.50 |
| | DSB | attention to various matters regarding Ed Okun including, negotiations with counsel to Todd P. regarding separation; drafting of documents; attention to corporate organization matters; attention to matters regarding acquisitions of 1041 Exchange and Starker | 5.10 | 2422.50 |
| | JBB | (MOVE TO ED OKUN)- Conference with Eliot Abbot, Jon Chassen and Steve Silverman regarding research project concerning 1031 exchanges and qualified intermediaries; Performed research to determine standards for becoming qualified intermediary; | 2.60 | 455.00 |
| | MIH | Research and corporate document organization for ECA. | 5.00 | 775.00 |
| | SCE | preliminary legal research re: requirements for becoming a qualified intermediary | 1.70 | 297.50 |
| | SCE | preliminary legal research re: proposals for new rules regulating qualified intermediaries | 1.10 | 192.50 |
| 11/30/2006 | | | | |
| | ECA | meeting with ED and Richard and David and Laura re various matters including loan, Todd, [redacted], etc, correspond with Mike Rosen's office re meeting | 4.25 | 2337.50 |
| | ALK | Conference with client and Richard Simmering; telephone conference call with Claudio De Vallis; draft and redraft termination letter for Pajonas; review closing binder documents and | 5.50 | 3025.00 |

KP0003  PRIVILEGED

Okun, Edward

:neral Matters

Page 4
December 14, 2006
Invoice No.: 8545
KPKB Matter No.: 6025.0001

| | FEES | | HOURS | |
|---|---|---|---|---|
| 11/30/2006 | | | | |
| | employment agreement with Pajonas; e-mail exchange with De Vallis; confer with ECA re: pending matter and strategies to be implemented. | | | |
| ECA | Ed Okun meet with ALK, calls with Richard call and e mails with Laura Coleman review multiple documents re Todd | | 3.25 | 1787.50 |
| ECA | ED OKUN meet with Chassen re mortgage loan closing, call with JDL re closing on Ego Trip | | 0.75 | 412.50 |
| DSB | Okun- draft stock purchase agreement regarding 1031 exchange | | 2.50 | 1187.50 |
| DSB | attention to general corporate matters resulting from dispute with Todd P., including drafting and obtaining signatures on banking papers; conference re first Montauk transaction | | 3.80 | 1805.00 |
| LPS | Okun:conduct research survey of 50 states for contracts on qualified intermediaries; language necessary for contracts between qualified intermediaries and clients | | 6.25 | 1375.00 |
| JBB | (Ed Okun)- Performed research to determine (1) whether regulation exists with regard to qualified intermediaries; (2) whether a qualified intermediary is considered a fiduciary; and (3) whether the process of using one taxpayer's money to pay another taxpayer violates either the standard of care of a fiduciary or a deceptive business practices act; | | 6.80 | 1190.00 |
| MIH | Research, corporate document organization for ECA, e-mails with client, telephone calls with client, research Delaware and New York state. | | 7.00 | 1085.00 |
| SCE | conference with Jeff Berman and Leslie Press re: legal research assignment re: 1031 qualified intermediaries | | 0.30 | 52.50 |
| SCE | OKUN - legal research re: qualified intermediary's status as fiduciary | | 1.40 | 245.00 |
| SCE | OKUN - legal research re: qualified intermediary's status as fiduciary | | 1.20 | 210.00 |
| SCE | OKUN - legal research re: qualified intermediary's status as fiduciary and applicability of consumer protection statutes to qualified intermidiaries' actions | | 1.30 | 227.50 |
| SCE | OKUN - legal research re: liability for fiduciaries using one beneficiary's funds for the benefit of another beneficiary | | 2.80 | 490.00 |

**KP0004**    **PRIVILEGED**

Okun, Edward

:neral Matters

| | | |
|---|---:|---:|
| FOR CURRENT FEE SERVICES | 121.60 | 46,305.75 |
| TOTAL THIS INVOICE | | 46,305.75 |
| Previous Balance Due | | 0.00 |
| Less Payments/Adjustments Posted as of December 14, 2006 | | 0.00 |
| Interest | | 0.00 |
| TOTAL BALANCE DUE | | 46,305.75 |

PRIVILEGED

KP0005

KPB000006

Okun, Edward

eneral Matters

| Date | Type | Payor/Payee | Check # | Description | Amount |
|------|------|-------------|---------|-------------|--------|

**1 KPKB IOTA Account Activity**

Beginning Balance $ 0.00

Ending Balance $ 0.00

**2 KPKB Trust Escrow Account Activity**

Beginning Balance $ 50,000.00

Ending Balance $ 50,000.00

KP0006
PRIVILEGED
KPB000007

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Abbey L. Kaplan, Founding Member | 8.25 | $550.00 | $4,537.50 |
| Steve I. Silverman, Member | 19.00 | $425.00 | $8,075.00 |
| Jon Chassen, Member | 0.55 | $425.00 | $233.75 |
| Marie G. Chavarri, Paralegal | 0.50 | $155.00 | $77.50 |
| Eliot C. Abbott, Member | 31.00 | $550.00 | $17,050.00 |
| Leslie P. Sharpe, Associate | 13.10 | $220.00 | $2,882.00 |
| Dale S. Bergman, Partner | 17.00 | $475.00 | $8,075.00 |
| Jeffrey M. Berman, Associate | 9.40 | $175.00 | $1,645.00 |
| Mirna Hormechea, Paralegal | 13.00 | $155.00 | $2,015.00 |
| Sarah C. Edgecomb, Associate | 9.80 | $175.00 | $1,715.00 |

THIS STATEMENT IS DUE UPON RECEIPT

Kluger, Peretz, Kaplan & Berlin P.L.

201 South Biscayne Boulevard, Suite 1700

Miami, Florida 33131

Phone:(305) 379-9000    Fax:(305) 379-3428

Fed. ID# 01-0762467

**KP0007**

**PRIVILEGED**

KPB000008

# Eliot Abbott, Volume I

In Re: Okun



Job: 136507

Exhibit: 00733






Kluger Peretz
Kaplan & Berlin

Page 1
December 18, 2006
Invoice No: 9068
KPKB Matter No.: 6025.0001

Edward Okun
10800 Midlothian Turnpike
Suite 300
Attn: Lara Coleman
Richmond VA 23235

ATTN: Edward Okun

RE: General Matters

## INVOICE SUMMARY PAGE

PREVIOUS BALANCE

| Inv. Date | Inv# | Invoice Amount | Payments/Adj. | Balance Due |
|---|---|---|---|---|
| TOTAL BALANCE OF PRIOR INVOICES | | | | $46,305.75 |
| 12/18/2006 | 9068 | $87,190.75 | $0.00 | $87,190.75 |

TOTAL BALANCE DUE UPON RECEIPT      $133,496.50

THIS STATEMENT IS DUE UPON RECEIPT
Kluger, Peretz, Kaplan & Berlin P.L.
201 South Biscayne Boulevard, Suite 1700
Miami, Florida 33131
Phone:(305) 379-9000   Fax:(305) 379-3428
Fed. ID# 01-0762467

**PRIVILEGED**

**KP0008**



KPB000009

Okun, Edward
...neral Matters

KPKB Matter No.: 6025.0001

## DETAIL FEE AND COST BREAKDOWN

| | FEES | | HOURS |
|---|---|---:|---:|
| 12/01/2006 | | | |
| ALK | rev various e-mails concerning pending issues; conf with R Simring/client/E Abbot; e-mail exchange with Claudio DeVallis; rev e-mail from Claudio Devallis; e-mail exchnage with R Simring; confer with client | 3.68 | 2024.00 |
| SIS | review emails between A. kaplan and C. Devellis; | 0.17 | 72.25 |
| ECA | Call with S. Danner, conf with ALK, review e-mails re: Todd, call with Ed re: multiple matters, conf. with DSB | 1.75 | 962.50 |
| JBB | Performed research to find cases where a fiduciary who held monies on account and used one person's money to pay another was held to have violated a deceptive business practices act; | 4.10 | 717.50 |
| MIH | Prepare corporate documents re: bank accounts; corporate document organization; telephone calls with State Bank of Long Island; e-mails re: same. | 5.00 | 775.00 |
| SCE | Legal research re: liability for fiduciaries using one beneficiary's funds for the benefit of another beneficiary | 0.40 | 70.00 |
| 12/03/2006 | | | |
| ECA | meeting on ED's boat re multiple matters including employment agreements for potential new employees of Crossroads and purchase of company and various other matters. | 6.00 | 3300.00 |
| 12/04/2006 | | | |
| ECA | meeting with Richard, Ed, Randy Kominsky etc. | 6.00 | 3300.00 |
| ALK | various discussions with E Abbot regarding pending matters | 1.00 | 550.00 |
| SIS | review email from E. Perkins and prepare email to A. Kaplan; | 0.10 | 42.50 |
| ECA | call with Randy [redacted] with DSB, Call with Randy and Ed, review multiple e mails re meeting with in house counsel and discuss with DSB and ALK, meet with JC re [redacted], e mail to JDL re employment agreements ( [redacted] ) Correspond to David re meeting with Krol. | 2.75 | 1512.50 |
| DSB | attention to banking matters involving State Bank and Citibank; extensive conference calls with counsel to state bank. draft additional supporting documents | 3.40 | 1615.00 |
| JDL | Draft of employment agreements for Crossroads Transportation. | 0.20 | 65.00 |

**PRIVILEGED**  **KP0009**

Page 3
December 18, 2006
Invoice No.: 9068

Okun, Edward

:neral Matters

KPKB Matter No.: 6025.0001

| FEES | | HOURS | |
|---|---|---|---|
| 12/04/2006 | | | |
| JBB | Performed research to determine whether the process of using a later taxpayers' funds to pay an earlier taxpayer can be considered a Ponzi scheme, and whether adequate liquidity is a complete defense to a Ponzi scheme; | 3.10 | 542.50 |
| SCE | Legal research re: whether payment of one beneficiary's money to another beneficiary violates state and federal unfair and deceptive trade practice statutes | 1.50 | 262.50 |
| 12/05/2006 | | | |
| ECA | meet with ALK, calls with Richard, call with Randy K, calls with Ed, Calls with Laura, meet with JC re loan closing, meet with Dale re bank issue, call with Richard Cuney - tatum, meet with Richard, Tatum Ed | 3.75 | 2062.50 |
| ALK | e-mail communication with client regarding meeting with general counsel; prep for meeting with general counsel's office; meet with Tom Cash (Kroll) | 2.75 | 1512.50 |
| SIS | review email from E. Abbott to E. Okun re retention; | 0.10 | 42.50 |
| SIS | attend conference with A. Kaplan and T. Cash re potential analysis of business transactions; | 0.66 | 280.50 |
| 12/06/2006 | | | |
| DSB | Meeting with R. Kominsky and E. Okun regarding Astra acquisition | 0.80 | 380.00 |
| ALK | travel to Richmond from Ft. lauderdale; confer with general counsel/Lara Coleman/David Fields; travel to NYC | 12.00 | 6600.00 |
| SIS | review email from T. Cash; prepare response; | 0.33 | 140.25 |
| ECA | trip to Virginia and then NY | 12.00 | 6600.00 |
| JBB | Performed research to determine (1) the causes of action, either civil or criminal, that have been or could be brought against a qualified intermediary, (2) the reasons for a qualified intermediary liability; | 2.70 | 472.50 |
| SCE | Legal research re: fiduciary duties of qualified intermediary | 2.50 | 437.50 |
| 12/07/2006 | | | |
| JDL | Review of Management and Leasing Agreement. | 1.00 | 325.00 |
| JBB | Performed research regarding the effect of the 2006 proposed legislation (26 CFR 1.468B-6) pertaining to the tax treatment of funds held for a taxpayer's benefit by a qualified intermediary; | 3.40 | 595.00 |

**PRIVILEGED**

KP0010

KPB000011

Okun, Edward

:neral Matters

| | FEES | | HOURS | |
|---|---|---|---|---|
| 12/07/2006 | | | | |
| SCE | Legal research re: fiduciary duties of qualified intermediary | | 0.70 | 122.50 |
| 12/08/2006 | | | | |
| SIS | emails to and from D. Field and review email from A. Kaplan re same; | | 0.10 | 42.50 |
| SIS | conference call with D. Field and Kroll representatives re potential engagement; | | 2.00 | 850.00 |
| JDL | Review and revision of Management and Leasing Agreement with Boardwalk Management Company. | | 3.00 | 975.00 |
| JBB | Performed research to determine whether any legislation exists which would restrict a qualified intermediary's investment strategy; | | 3.20 | 560.00 |
| 12/09/2006 | | | | |
| ECA | call with Richard re: Montauch, call with ALK re: bank accts. | | 0.50 | 275.00 |
| 12/10/2006 | | | | |
| ECA | call with Randy and Dale re: Tom P. deal | | 0.75 | 412.50 |
| ALK | rev various status memos | | 1.00 | 550.00 |
| ECA | review term sheet from RK re: Tom P. | | 0.50 | 275.00 |
| ECA | review and discuss Mgt. agreement with JDL | | 1.25 | 687.50 |
| ECA | call with Randy and Richard re: Montague | | 0.75 | 412.50 |
| ECA | review not less than 40 misc e-mails | | 1.00 | 550.00 |
| ECA | call with Randy, Dale, Ed re: Montauch | | 0.75 | 412.50 |
| DSB | Review Montauk Financial Documents; conference call with client, E. Abbot and R. Kominsky | | 2.60 | 1235.00 |
| DSB | telephone conference with E. Abbot and R. Kominsky to review Letter of Intent regarding Astra, Inc. acquisition | | 0.90 | 427.50 |
| JDL | Conference with Eliot regarding Management and Leasing Agreement. Revision of Agreement. | | 1.00 | 325.00 |
| 12/11/2006 | | | | |
| DSB | attention to first Montauk matters | | 1.30 | 617.50 |
| ALK | meet with Dale Bergman and E Abbot about possible litigation with Montauk | | 0.75 | 412.50 |
| SIS | emails to D. Field; call with D. Field; | | 0.10 | 42.50 |
| SIS | status and strategy conference with E. Abbott, A. Kaplan and D. | | 0.75 | 318.75 |

PRIVILEGED     KP0011

Okun, Edward

:neral Matters

Page 5
December 18, 2006
Invoice No.: 9068
KPKB Matter No.: 6025.0001

| | FEES | HOURS | |
|---|---|---|---|
| 12/11/2006 | | | |
| | Bergman re Montauk and Pajonas issues; | | |
| SIS | call with PENTA representatives and D. Field; | 0.25 | 106.25 |
| SIS | draft, review and revise demand letter re Montauk; | 0.25 | 106.25 |
| ECA | meeting with SIS, DSB and ALK re: multiple " Ed matters" including Montauk and Pajonas | 0.50 | 275.00 |
| ECA | meet with BDA re: multiple files and matters | 0.50 | 275.00 |
| ECA | call with groups re: Montauk | 3.25 | 1787.50 |
| ECA | meet with Ed at office | 1.00 | 550.00 |
| JDL | Conference with David Field regarding the Management and Leasing Agreement. | 0.10 | 32.50 |
| JDL | Review of letter of intent for Astra. Draft of waiver of conflict. | 0.40 | 130.00 |
| JBB | Performed research to determine whether a qualified intermediary could be liable for breach of a fiduciary duty to hold, safeguard and distribute a taxpayer's funds in accordance with the exchange agreement; | 3.70 | 647.50 |
| 12/12/2006 | | | |
| ECA | re: Montauk meet with ALK and SIS, call with ALK, SIS and RK, call with DSB and RK | 1.50 | 825.00 |
| ECA | meeting with Richard and ED, Dale, SIS and Abbey re Montauch and list of assignments | 4.00 | 2200.00 |
| ALK | confer with S Silverman regarding rev and analysis of legal issues surrounding 103 exchange issues; rev various internal memos from outside counsel and general counsel | 2.00 | 1100.00 |
| ALK | t/c randy Kominsky regarding due diligence issues and possible litigation; confer with E Abbot/S Silverman and client regarding possible litigation issues | 3.00 | 1650.00 |
| SIS | review PENTA confidentiality letter; | 0.10 | 42.50 |
| SIS | review various emails on several general topics re pending matters; | 0.25 | 106.25 |
| SIS | review email from D. Appelwhite and NASD questions memo; | 0.17 | 72.25 |
| SIS | review and analysis of various emails re Montauk; | 0.25 | 106.25 |
| SIS | attend client meeting and prepare email memo re Montauk closing status; | 1.50 | 637.50 |

**PRIVILEGED**           KP0012

Page 6
December 18, 2006
Invoice No.: 9068
KPKB Matter No.: 6025.0001

Okun, Edward

neral Matters

| | FEES | | HOURS | |
|---|---|---|---|---|
| 12/12/2006 | | | | |
| SIS | attend client conference re various pending matters; | | 1.00 | 425.00 |
| SIS | review additional emails re Montauk among D. Bergman and DiGioia; | | 0.10 | 42.50 |
| SIS | status conference with E. Abbott and A. Kaplan re Montauk; call with R. kaminsky re due diligence; attend conferences and calls with DiGioia re Montauk; | | 3.00 | 1275.00 |
| SIS | general status and strategy conference with A. kaplan re various pending matters and state regulation issues; | | 0.75 | 318.75 |
| SIS | review 12/11 emails re Rosen retention; | | 0.10 | 42.50 |
| DSB | status meeting to review status of matters with E. Abbot, R. Simring, S Silverman and client | | 1.50 | 712.50 |
| DSB | all hands meetings regarding First Montauk acquisition and dispute regarding ongoing due diligence; numerous conference calls and negotiations | | 5.00 | 2375.00 |
| JDL | Draft of waiver of conflict for Astra, Inc. | | 0.90 | 292.50 |
| 12/13/2006 | | | | |
| ALK | confer with E Abbot/S Silverman/ J Berman regarding [redacted] | | 1.00 | 550.00 |
| SIS | attend various conferences with E. Abbott, A. Kaplan, J. Berman re state research issues and related memos; | | 1.50 | 637.50 |
| SIS | review email from Kroll and prepare response; | | 0.10 | 42.50 |
| ECA | Montauck call with Randy K | | 0.25 | 137.50 |
| ECA | meet with J Berman | | 0.25 | 137.50 |
| ECA | work on multiple matters including Tom P (calls with David and Ed), call with Randy, Montauck, meeting with Dale calls with Randy, calls with Richard , 2 meetings re QI contract issues etc | | 3.25 | 1787.50 |
| DSB | attention to First Montauk due diligence matters | | 1.00 | 475.00 |
| JDL | Review of Management and Leasing Agreement with Boardwalk. | | 0.10 | 32.50 |
| LPS | research re: ponzi scheme--definition, triggering event, test, point of no return in Texas, Connecticut, New York | | 4.80 | 1056.00 |
| JBB | Conference with Steve Silverman and Leslie Press regarding research project to determine whether a qualified intermediary could | | 8.70 | 1522.50 |

PRIVILEGED

Page 7
December 18, 2006
Invoice No.: 9068
KPKB Matter No.: 6025.0001

Okun, Edward

...neral Matters

| | FEES | HOURS | |
|---|---|---|---|
| 12/13/2006 | | | |
| | be liable under a Ponzi scheme theory, whether a qualified intermediary is a fiduciary with added fiduciary duties, and whether any current or pending legislation governs the rights and liabilities of qualified intermediaries; Performed research regarding same; | | |
| EB | Researched Texas Statutes and Case Law re: 1) definition of "Ponzi Scheme"; and 2) triggering event of "Ponzi Scheme" | 1.10 | 220.00 |
| 12/14/2006 | | | |
| ALK | conf with R Simring; E Abbot ; S Silverman regarding pending matters; meeting with client and M Rosen | 3.00 | 1650.00 |
| ECA | call with Randy re: Tom P deal | 0.25 | 137.50 |
| DSB | attention to regulatory issues regarding exchange documents | 1.10 | 522.50 |
| SIS | conferences with client, R. Simring, Eliot Abbott, A. Kaplan and others, all re general matters;q | 3.00 | 1275.00 |
| ECA | call with Richard, revise agreement with Tom P, call with Randy, conf call with Jon and lenders counsel re cordel, meet with ALK on Pejonas, meet with ED Richard Rosen et al | 7.75 | 4262.50 |
| JDL | Revision of Sub-Management and Leasing Agreement. | 1.20 | 390.00 |
| LPS | research re: Ponzi schemes in Connecticut and New York, research re: triggering event for ponzi scheme, pyramid scheme v. ponzi scheme, test for ponzi scheme, remedies for ponzi scheme | 8.90 | 1958.00 |
| JBB | Drafted section of memorandum regarding whether a qualified intermediary qualifies as a fiduciary, trustee and/or escrow agent, and whether the prudent investor standard applies; Attending meeting with Steve Silverman, Eliot Abbot, Richard Simring, Abbey Kaplan and Ed Okun; | 7.40 | 1295.00 |
| EB | Conference with Leslie Sharpe and Jeff Berman re: 1031 Accomidator Business Operation (0.5); Researched Texas statutes and case law re: "Ponzi Schemes" and "Pyramid Schemes" (4.2). | 4.70 | 940.00 |
| 12/15/2006 | | | |
| ALK | locate, review and transmit various documents to Jeff berman for issue analysis | 1.00 | 550.00 |
| ECA | calls with Randy, meet Ed and Richard, meeting with Dale, | 0.50 | 275.00 |
| LPS | draft memo re: ponzi schemes in New York & Connecticut, general ponzi scheme law and triggering event | 4.00 | 880.00 |

**PRIVILEGED**   **KP0014**

Okun, Edward

:neral Matters

| | FEES | | HOURS | |
|---|---|---|---|---|
| 12/15/2006 | | | | |
| JBB | Drafted sections of memorandum regarding (1) an analysis of the Kutak Rock, LLP Memorandum and (2) an analysis of the cases where a qualified intermediary was held either civilly or criminally liable for theft, conversion, etc... | | 6.70 | 1172.50 |
| EB | Researched 1) Mass. Case Law and Statutes re: "Ponzi Schemes" and "Pyramid Schemes"; 2) researched all cases involving 1031 Qualified Intermediaries (3.3); Drafted memo re: trigger for Qualified Intermidiary operation to become "Ponzi Scheme" (0.7). | | 4.00 | 800.00 |
| 12/16/2006 | | | | |
| ECA | meet with ED and Richard  5.5 hours on Ed's boat bill for 3 | | 3.00 | 1650.00 |
| JBB | Drafted sections of memorandum of law regarding (1) current legislation regarding qualified intermediaries; (2) background to 26 CFR 1.468B-6; (3) whether taking one taxpayer's money to pay another is a Ponzi scheme; and (4) an analysis of the Eric Perkins email; | | 7.10 | 1242.50 |
| 12/17/2006 | | | | |
| ECA | call with Randy re   Tom and  Montauk | | 0.50 | 275.00 |
| JBB | Revised sections of memorandum of law concerning Ponzi schemes and background information on 26 CFR 1.468B-6; Reviewed the various exchange agreements to determine whether they establish an escrow relationship; Drafted conclusion section to memorandum; | | 2.40 | 420.00 |
| | FOR CURRENT FEE SERVICES | | 227.66 | 87,190.75 |

| | |
|---|---|
| TOTAL THIS INVOICE | 87,190.75 |
| Previous Balance Due | 46,305.75 |
| Less Payments/Adjustments Posted as of December 18, 2006 | 0.00 |
| Interest | 0.00 |
| TOTAL BALANCE DUE | 133,496.50 |

**PRIVILEGED** **KP0015**

Okun, Edward

:neral Matters

| Date | Type | Payor/Payee | Check # | Description | Amount |
|---|---|---|---|---|---|
| **2 KPKB Trust Escrow Account Activity** | | | | | |
| Beginning Balance | | | | | $ 0.00 |
| 12/01/06 | Journal Entry | | | To post internal wire transfer of $50,000 to Escrow of retainer funds for Okun, F#6025.1 | 50,000.00 |
| 12/01/06 | Payment | Okun, Edward | Internal Wire Transfer | For retainer purposes | 50,000.00 |
| 12/01/06 | Undo Payment | Okun, Edward | Internal Wire Transfer | Payment Undo | -50,000.00 |
| Ending Balance | | | | | $ 50,000.00 |

PRIVILEGED        KP0016

KPB000017

:neral Matters                                    KPKB Matter No.: 6025.0001

                              RECAPITULATION
TIMEKEEPER                              HOURS    HOURLY RATE    TOTAL
Abbey L. Kaplan, Founding Member        31.18    $550.00        $17,149.00
Steve I. Silverman, Member              16.63    $425.00        $7,067.75
Eliot C. Abbott, Member                 64.25    $550.00        $35,337.50
Leslie P. Sharpe, Associate             17.70    $220.00        $3,894.00
Dale S. Bergman, Partner                17.60    $475.00        $8,360.00
Jeffrey M. Berman, Associate            52.50    $175.00        $9,187.50
Eyal Berger, Associate                  9.80     $200.00        $1,960.00
Mirna Hormechea, Paralegal              5.00     $155.00        $775.00
Sarah C. Edgecomb, Associate            5.10     $175.00        $892.50
Jonathan D. Louis, Of Counsel           7.90     $325.00        $2,567.50

THIS STATEMENT IS DUE UPON RECEIPT
Kluger, Peretz, Kaplan & Berlin P.L.
201 South Biscayne Boulevard, Suite 1700

Miami, Florida 33131
Phone:(305) 379-9000   Fax:(305) 379-3428
Fed. ID# 01-0762467

KP0017

**PRIVILEGED**

KPB000018