| | |
|---|---|
| **From:** | Steve I. Silverman |
| **Sent:** | Tuesday, April 10, 2007 4:24 PM |
| **To:** | RBS@JORDENUSA.COM; david.field@ipofa.com |
| **Cc:** | Abbey L. Kaplan |
| **Subject:** | PENTA letter and invoice |
| **Attachments:** | M0415622.PDF |



M0415622.PDF
(165 KB)

Gentlemen,
please see attached letter and invoice from PENTA.
Steve

EML012991

 

1051 EAST CARY STREET, SUITE 602
RICHMOND, VIRGINIA 23219
MAIN (804)644-7000
FAX (804)644-7055

April 6, 2007

Steve I. Silverman, Esquire
Kluger, Peretz, Kaplan & Berlin P.L.
The Miami Center
201 South Biscayne Blvd
Seventeenth Floor
Miami, Florida 33131

**Re:   The 1031 Exchange Group, LLC**

Dear Mr. Silverman:

Enclosed please find PENTA's March 2007 fee invoice for professional services rendered to Kluger, Peretz, Kaplan & Berlin, P.L. re The 1031 Exchange Group, LLC. Fees and expenses totaled $27,484.00 and $32.98, respectively for the month.

In addition, after applying the $50,000 retainer, the balance due on our March 6, 2007 invoice for February 2007 fees is $39,017.53 (see copy attached). The total balance due for fees incurred through March 31, 2007 is $66,534.51. Accordingly, please arrange for payment of $66,534.51.

Feel free to contact me if you have questions about the engagement status or this invoice.

Very truly yours,

Suzanne B. Roski
Director

Enclosures

cc: Nicole Elder

## PENTA Advisory Services, LLC

1051 E. Cary Street
Suite 602
Richmond, VA 23219
Tax ID # 20-1378588

Steve I. Silverman, Esquire
Kluger, Peretz, Kaplan & Berlin P.L.
The Miami Center
201 South Biscayne Boulevard
Seventeenth Floor
Miami , FL 33131

April 6, 2007
Invoice No.       3368
Our File No.      R06026
Billing Through:  3/31/07

REGARDING: 1031 Exchange Group

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Individual | Procedure | Hours |
|---|---|---|---|
| **Task:** | **510** | **Financial Consulting** | |
| 3/1/07 | SBR | Follow-up on e-mail to J. Dashiell and N. Elder. Research open transactions and items still needed. Discuss with E. Massell. | 2.70 |
| 3/1/07 | MSS | Reconcile general ledger to bank statements re: All QIs. | 2.90 |
| 3/1/07 | MSS | Prepare bank statement exception reports. | 2.30 |
| 3/1/07 | EMM | Trace and agree intercompany bank transactions. | 2.80 |
| 3/1/07 | EMM | Update general ledger and bank transaction exception listing. | 2.70 |
| 3/1/07 | EMM | Discuss client transactions with B. Bennett, President of National Exchange Services. | 1.40 |
| 3/2/07 | SBR | Draft memos to Silverman and contacts at client re open items/status. | 1.10 |
| 3/2/07 | MSS | Reconcile general ledger to bank statements re: All QIs. | 3.40 |
| 3/2/07 | MSS | Prepare exception reports. | 1.90 |
| 3/2/07 | EMM | Discuss client transactions with B. Bennett, President of National Exchange Services. | 0.80 |
| 3/2/07 | EMM | Review bank statement transactions not located in accounting records or affiliated bank statements. | 2.90 |
| 3/2/07 | EMM | Review bank statement transactions not located in accounting records or affiliated bank statements. | 3.60 |
| 3/5/07 | SBR | Review G/L and bank statement exception reports. Draft memo. | 0.40 |
| 3/5/07 | MSS | Reconcile general ledger to bank statements re: All QIs. | 2.40 |
| 3/5/07 | MSS | Prepare exception reports. | 0.80 |
| 3/5/07 | EMM | Review E. Okun and IPofA bank transactions. | 3.50 |
| 3/6/07 | SBR | Review unreconciled G/L and bank transactions. Prepare tests for QI contacts. | 2.90 |
| 3/6/07 | SBR | Correspond w/ counsel re notes. | 0.20 |
| 3/6/07 | MSS | Reconcile general ledger to bank statements re: All QIs. | 1.20 |
| 3/6/07 | MSS | Meet with team to review exception reports. | 1.70 |
| 3/6/07 | MSS | Record bank statements re: Atlantic Exchange Company. | 0.60 |
| 3/6/07 | EMM | Review P&L statement and create a listing of source documents. | 1.80 |
| 3/6/07 | EMM | Meet with S. Roski to discuss intercompany payables and outstanding transactions. | 1.70 |
| 3/6/07 | EMM | Create payable listing for Investment Properties of America. | 2.80 |
| 3/6/07 | EMM | Create payable listing for Ed Okun. | 1.20 |
| 3/6/07 | EMM | Create listing of other bank transactions to be reviewed. | 0.60 |
| 3/7/07 | SBR | Complete draft P&L (2006) and accompanying memos. Distribute to clients. | 3.80 |
| 3/7/07 | SBR | Assist E. Massell with unreconciled transactions - -G &L and bank side. | 1.10 |

EML012993

| Date | Individual | Procedure | Hours |
|---|---|---|---|
| 3/7/07 | MSS | Reconcile general ledger to bank statements re: All QIs. | 2.30 |
| 3/7/07 | MSS | Prepare exception reports. | 1.00 |
| 3/7/07 | EMM | Review payroll data for IPofA loans. | 2.30 |
| 3/7/07 | EMM | Meet with B. Bennett of National Exchange Services to review outstanding transfers. | 1.20 |
| 3/7/07 | EMM | Update outstanding items listing. | 0.90 |
| 3/7/07 | EMM | Update P&L. | 1.70 |
| 3/7/07 | EMM | Review bank transactions. | 0.70 |
| 3/8/07 | SBR | Prepare materials for meeting w/ Nicole Elder. | 0.90 |
| 3/8/07 | SBR | Participate in telecon w/ D. Field. Meet w/ N. Elder re status updated. Conference w/ D. Field. | 3.30 |
| 3/8/07 | MSS | Update exception reports. | 2.80 |
| 3/8/07 | MSS | Update exception reports. | 0.90 |
| 3/8/07 | EMM | Meet with N. Elder to review workproduct, exceptions, client requests, specific transactions and future proceedings. | 2.30 |
| 3/8/07 | EMM | Prepare for meeting with N. Elder. | 1.50 |
| 3/8/07 | EMM | Review outstanding transactions. | 1.80 |
| 3/9/07 | SBR | Update open items and E. Massell To Do list as per client meeting. | 0.80 |
| 3/9/07 | SBR | Prepare status memo for counsel. | 2.80 |
| 3/9/07 | SBR | Review SOS check book for unexplained checks/ voids. | 0.60 |
| 3/9/07 | SBR | Review/ edit new exhibits to send company. | 0.30 |
| 3/9/07 | MSS | Prepare exception reports. | 2.70 |
| 3/9/07 | EMM | Create listing of employee transfers. | 0.80 |
| 3/9/07 | EMM | Update exception reports. | 1.30 |
| 3/9/07 | EMM | Update Draft P&L. | 0.70 |
| 3/9/07 | EMM | Review status memo. | 0.50 |
| 3/9/07 | EMM | Review balance sheets prepared at the QI level to prepare a consolidated balance sheet for The 1031 Tax Group. | 0.70 |
| 3/12/07 | MSS | Prepare consolidate balance sheet. | 1.10 |
| 3/12/07 | MSS | Review client exchange files. | 0.60 |
| 3/12/07 | EMM | Calculate Investment Properties of America loan interest. | 2.70 |
| 3/12/07 | EMM | Prepare schedules. | 1.60 |
| 3/13/07 | MSS | Prepare consolidated balance sheet. | 0.80 |
| 3/13/07 | EMM | Trace and agree SOS bank transactions. | 1.60 |
| 3/13/07 | EMM | Prepare observations memo and schedules. | 1.80 |
| 3/13/07 | EMM | Update bank transaction database. | 0.70 |
| 3/14/07 | EMM | Review documents prepared by client. | 0.70 |
| 3/14/07 | EMM | Update client request list. | 0.70 |
| 3/15/07 | EMM | Update schedules. | 0.40 |
| 3/16/07 | EMM | Prepare documents for meeting with S. Roski. | 0.90 |
| 3/16/07 | EMM | Review 1031 Advance Transfers. | 0.60 |
| 3/19/07 | EMM | Determine client funds owed to client for National Exchange Services. | 0.80 |
| 3/20/07 | SBR | Review status of open items with Eric Massell. Research handling of cash transfers. | 1.50 |
| 3/20/07 | SBR | Prepare memos and exhibits for S. Silverman responsive to Rosen inquiry. Research old balances as per Zacarias. | 2.70 |
| 3/20/07 | EMM | Review and prepare analysis of notes previously captured by the company. | 2.40 |
| 3/20/07 | EMM | Review Security 1031 Bank Statements. | 0.30 |
| 3/21/07 | SBR | Revise/edit cash transfers memo and observations memo. Research 12/31/05 balance sheet vs actual. | 1.20 |
| 3/21/07 | EMM | Review Atlantic Exchange Company 12/31/05 balance sheet. | 0.40 |
| 3/21/07 | EMM | Update observations memo. | 0.70 |
| 3/21/07 | EMM | Prepare cash transfers status memo. | 2.30 |
| 3/22/07 | SBR | Review 2005 work re beginning loan balances. Trace to notes. Revise/edit | 3.50 |

| Date | Individual | Procedure | Hours |
|------|------------|-----------|-------|
|       |     | memos to counsel re observations and cash transfers. |      |
| 3/22/07 | EMM | Revise and update observations memo. | 1.70 |
| 3/22/07 | EMM | Prepare analysis of IXG Due To / Do From Account. | 0.70 |
| 3/22/07 | EMM | Prepare schedule of client transfers for H. Sosa. | 0.20 |
| 3/22/07 | EMM | Revise and update cash transfers memo. | 2.90 |
| 3/23/07 | EMM | Prepare Security 1031 Service Fee analysis. | 0.20 |
| 3/23/07 | EMM | Review payroll data relating to IPofA Cash Transfers. | 0.80 |
| 3/26/07 | SBR | Call with Steve Silverman: follow-up with E. Massell. Revise memos to Silverman. | 0.90 |
| 3/26/07 | EMM | Telecon with S. Silverman re: cash transfers. | 0.30 |
| 3/26/07 | EMM | Update Cash Transfers and Observations Memos. | 1.30 |
| 3/26/07 | EMM | Compile bank statement request for K. Smith, 1031 Tax Group. | 0.70 |
| 3/26/07 | EMM | Review QI client transactions. | 0.30 |
| 3/27/07 | EMM | Review QI client exchanges for N. Elder, 1031 Tax Group. | 0.40 |
| 3/28/07 | EMM | Review 1031 Tax Group Payroll data. | 0.80 |
| 3/30/07 | SBR | Participate in telecons w/ D. Field. Develop workplan w/ E. Massell re: requested procedures. | 1.10 |
| 3/30/07 | EMM | Prepare workpaper for testing of transactions. | 2.80 |
| 3/30/07 | EMM | Prepare and meet with D. Field to discuss outstanding transactions. | 0.50 |
| 3/30/07 | EMM | Prepare workplan for outstanding transactions. | 0.40 |
|       | **Total for** | **Financial Consulting** | 136.00 |
|       | **Total hours for this matter** |  | 136.00 |

**DISBURSEMENTS**

| 3/31/07 | Federal Express invoice 872676384; from Eric Massell delivered to Wendy Cullivan 3/02/07 | 11.33 |
| 3/31/07 | Fedex invoice 874012259; from Eric Massell delivered to Greg Busch | 21.65 |
|  | **Total disbursements for this matter** | **$32.98** |

**Timekeeper Summary**

| Name |  | Hours | Rate | Amount |
|------|--|-------|------|--------|
| EMM | Massell, Eric M | 74.80 | 160.00 | $11,968.00 |
| MSS | Smith, Matthew S. | 29.40 | 160.00 | $4,704.00 |
| SBR | Roski, Suzanne B. | 31.80 | 340.00 | $10,812.00 |
|  | **Total fees for this matter** | 136.00 hrs |  | $27,484.00 |

**BILLING SUMMARY**

| TOTAL FEES | $27,484.00 |
| TOTAL DISBURSEMENTS | $32.98 |
| TOTAL CHARGES FOR THIS BILL | $27,516.98 |

# PENTA Advisory Services, LLC
1051 E. Cary Street
Suite 602
Richmond, VA 23219
Tax ID # 20-1378588

## REMITTANCE PAGE

Steve I. Silverman, Esquire
Kluger, Peretz, Kaplan & Berlin P.L.
The Miami Center
201 South Biscayne Boulevard
Seventeenth Floor
Miami, FL 33131

April 6, 2007
Invoice No. 3368
Our File No. R06026
Billing Through: 3/31/07

REGARDING: 1031 Exchange Group

| | |
|---|---:|
| TOTAL FEES | $27,484.00 |
| TOTAL DISBURSEMENTS | $32.98 |
| TOTAL CHARGES FOR THIS BILL | $27,516.98 |

Please remit this copy with your payment

EML012996

## PENTA Advisory Services, LLC
1051 E. Cary Street
Suite 602
Richmond, VA 23219
Tax ID # 20-1378588

REMITTANCE PAGE

March 6, 2007

Steve I. Silverman, Esquire
Kluger, Peretz, Kaplan & Berlin P.L.
The Miami Center
201 South Biscayne Boulevard
Seventeenth Floor
Miami, FL 33131

Invoice No.   3166
Our File No.  R06026
Billing Through: 2/28/07

REGARDING: 1031 Exchange Group

| | |
|---|---:|
| TOTAL FEES | $83,917.00 |
| TOTAL DISBURSEMENTS | 5,100.53 |
| LESS PREPAID CASH APPLIED | (50,000.00) |
| TOTAL CHARGES FOR THIS BILL | $39,017.53 |

Please remit this copy with your payment

EML012997

# PENTA Advisory Services, LLC
1051 E. Cary Street
Suite 602
Richmond, VA 23219
Tax ID # 20-1378588

Steve I. Silverman, Esquire
Kluger, Peretz, Kaplan & Berlin P.L.
The Miami Center
201 South Biscayne Boulevard
Seventeenth Floor
Miami , FL 33131

March 6, 2007
Invoice No.      3166
Our File No.     R06026
Billing Through: 2/28/07

REGARDING:1031 Exchange Group

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Individual | Procedure | Hours |
|---|---|---|---|
| **Task:** | **510** | **Financial Consulting** | |
| 2/1/07 | SBR | Prepare materials for meeting w/ IPofA. | 1.40 |
| 2/1/07 | SBR | Update and edit topics list for Best Practices task force. | 0.40 |
| 2/1/07 | SBR | Research late filed 1099's and penalties for. | 0.40 |
| 2/1/07 | HGW | Work on reconciling exchange transactions w/ bank transactions. | 3.50 |
| 2/1/07 | HGW | Work on reconciling exchange transactions with bank transactions. | 4.00 |
| 2/1/07 | MSS | Reconcile general ledger to bank statements re: Investment Exchange Group. | 1.50 |
| 2/1/07 | MSS | Reconcile general ledger to bank statements re: Investment Exchange Group. | 1.40 |
| 2/1/07 | MSS | Reconcile bank statements to general ledger re: Investment Exchange Group. | 2.30 |
| 2/1/07 | EMM | Trace and agree National Exchange Services bank transactions. | 4.30 |
| 2/1/07 | EMM | Trace and agree National Exchange Services bank transactions. | 3.50 |
| 2/2/07 | SBR | Participate in status meeting w/ D. Field, N. Elder and L. Coleman. | 2.30 |
| 2/2/07 | HGW | Meet w/ D. Field and N. Elder re status of engagement. | 2.30 |
| 2/2/07 | HGW | Talk to C. Duggan re status of work and request additional bank information. | 0.70 |
| 2/2/07 | HGW | Work on reconciling exchange transactions with bank activity. | 4.00 |
| 2/2/07 | MSS | Reconcile general ledger to bank statements re: Investment Exchange Group. | 2.90 |
| 2/2/07 | MSS | Reconcile general ledger to bank statements re: Investment Exchange Group. | 3.80 |
| 2/2/07 | EMM | Trace and agree National Exchange Services bank transactions. | 2.50 |
| 2/2/07 | EMM | Update National Exchange Services 1099s. | 1.50 |
| 2/2/07 | EMM | Trace and agree National Exchange Services bank transactions. | 3.00 |
| 2/4/07 | EMM | Trace and agree National Exchange Services bank transactions. | 2.40 |
| 2/5/07 | HGW | Review unreconciled exchange transactions w/ E. Massell. | 0.30 |
| 2/5/07 | HGW | Research acct 8820 transactions for C. Duggan. | 1.20 |
| 2/5/07 | HGW | Review bank statements provided by NES and N. Elder; update files. | 5.00 |
| 2/5/07 | MSS | Reconcile general ledger to bank statements re: Investment Exchange Group. | 0.90 |
| 2/5/07 | MSS | Reconcile general ledger to bank statements re: Investment Exchange Group. | 1.50 |
| 2/5/07 | MSS | Review intercompany transactions. | 3.00 |
| 2/5/07 | EMM | Trace and agree National Exchange Services bank transactions. | 3.50 |
| 2/5/07 | EMM | Trace and agree National Exchange Services bank transactions. | 3.00 |
| 2/5/07 | EMM | Calculate National Exchange Services 1099 revisions. | 0.40 |
| 2/5/07 | LSH | Update bank transaction database with new bank statements information. | 2.90 |
| 2/5/07 | LSH | Update bank transaction database with new bank statements information. | 3.10 |
| 2/6/07 | SBR | Participate in telecon w/ Janet re: SOS closure. | 0.30 |
| 2/6/07 | SBR | Participate in accounting systems design call. | 0.60 |

| Date | Individual | Procedure | Hours |
|---|---|---|---|
| 2/6/07 | HGW | Import bank transactions into master file. | 0.50 |
| 2/6/07 | HGW | Work on master NES bank account file; send requests to E. Privrasky re missing statements. | 3.50 |
| 2/6/07 | HGW | Update master NES file with information provided by E. Privrasky. | 1.50 |
| 2/6/07 | HGW | Conference call w/ Tax Group system team. | 0.60 |
| 2/6/07 | HGW | Call w/ J. Dashell re Trumbull, CT office. | 0.30 |
| 2/6/07 | HGW | Review and enter IPofA bank transactions. | 1.10 |
| 2/6/07 | MSS | Reconcile general ledger to bank statements re: Investment Exchange Group. | 1.20 |
| 2/6/07 | MSS | Review intercompany transactions. | 1.00 |
| 2/6/07 | MSS | Reconcile general ledger to bank statements re: Investment Exchange Group. | 1.70 |
| 2/6/07 | EMM | Trace and agree Atlantic Exchange Company bank transactions. | 4.00 |
| 2/6/07 | EMM | Call H. Sosa, Atlantic Exchange Company, to obtain all bank transactions in 2006. | 0.60 |
| 2/6/07 | EMM | Trace and agree Atlantic Exchange Company bank transactions. | 3.40 |
| 2/6/07 | LSH | Update bank transaction database with new bank statements information. | 4.10 |
| 2/6/07 | LSH | Update bank transaction database with new bank statements information. | 3.90 |
| 2/7/07 | SBR | Review loan quantification and calculation procedures w/ H. Williams. | 0.60 |
| 2/7/07 | LBS | Enter bank account data and assemble bank statement in workpaper binder as per H. Williams. | 0.60 |
| 2/7/07 | HGW | Review AEC bank account master; request missing statements from F. Wallace and H. Sosa. | 2.50 |
| 2/7/07 | HGW | Merge additional bank transaction files into master file. | 0.70 |
| 2/7/07 | HGW | Review documents sent from Trumbull, CT office. | 1.80 |
| 2/7/07 | HGW | Research items for E. Massell re exchange transactions. | 1.60 |
| 2/7/07 | EMM | Trace and agree Atlantic Exchange Company bank transactions. | 3.50 |
| 2/7/07 | EMM | Trace intercompany bank transactions. | 2.50 |
| 2/7/07 | EMM | Update National Exchange Services' 1099s. | 0.80 |
| 2/7/07 | LSH | Update bank transaction database with new bank statements information. | 4.50 |
| 2/7/07 | LSH | Update bank transaction database with new bank statements information. | 3.50 |
| 2/8/07 | SBR | Research cash balance as per D. Field request. | 0.20 |
| 2/8/07 | HGW | Pull IMMA bank statements from exchange files sent from Trumbull, CT office. | 3.60 |
| 2/8/07 | HGW | Enter IMMA transactions into SOS master bank transaction file. | 4.00 |
| 2/8/07 | HGW | Respond to D. Field inquiry re cash available as of 12/31/06. | 0.50 |
| 2/8/07 | LSH | Update bank transaction database with new bank statements information. | 4.70 |
| 2/8/07 | LSH | Update bank transaction database with new bank statements information. | 3.30 |
| 2/9/07 | HGW | Call w/ C. Duggan re status of projects and document shipment. | 0.50 |
| 2/9/07 | HGW | Work on SOS bank activity. | 3.40 |
| 2/9/07 | LSH | Update bank transaction database with new bank statements information. | 4.00 |
| 2/9/07 | LSH | Update bank transaction database with new bank statements information. | 0.70 |
| 2/12/07 | SBR | Prepare for and meet w/ D. Field, N. Elder and T. Dashiell. | 3.20 |
| 2/12/07 | HGW | Prepare bank account listing for meeting w/ D. Field. | 1.20 |
| 2/12/07 | HGW | Finish bank account inventory - add SOS IMMA accounts (200+ accounts). | 2.20 |
| 2/12/07 | HGW | Cross reference inter-company transactions between IPofA and other entities. | 2.00 |
| 2/12/07 | MSS | Reconcile general ledger to bank statements re: Investment Exchange Group. | 3.30 |
| 2/13/07 | SBR | Participate in telecon w/ Steve Silverman. | 0.30 |
| 2/13/07 | SBR | Meet w/ H. Williams re: cash transactions. | 0.70 |
| 2/13/07 | SBR | Review cash transactions, intercompany and unreconciled transactions w/ E. Massell and H. Williams. | 1.20 |
| 2/13/07 | SBR | Meet w/ T. Dashiell and Nicole. | 1.50 |
| 2/13/07 | HGW | Create workplan for 2006 consolidated P&L. Review SOS Quick Books for subsidiary details. | 2.00 |
| 2/13/07 | HGW | Work w/ S. Roski and E. Massell. | 1.00 |
| 2/13/07 | HGW | Talk to S. Silverman re loan procedure. | 0.30 |
| 2/13/07 | HGW | Finalize items for meeting w/ J. Dashiell and N. Elder. | 1.20 |

EML012999

| Date | Individual | Procedure | Hours |
|---|---|---|---|
| 2/13/07 | HGW | Conference call w/ QI sites re system module requirements. | 0.50 |
| 2/13/07 | HGW | Meet w/ J. Dashiell and N. Elder re 2006 P&L workplan. | 1.50 |
| 2/13/07 | MSS | Reconcile general ledger to bank statements re: Investment Exchange Group. | 4.20 |
| 2/13/07 | EMM | Trace and agree Atlantic Exchange Company bank transactions. | 4.00 |
| 2/13/07 | EMM | Trace and agree intercompany transactions. | 2.50 |
| 2/13/07 | EMM | Trace and agree Atlantic Exchange Company bank transactions. | 3.20 |
| 2/14/07 | SBR | Determine data sources for P&L project. | 1.40 |
| 2/14/07 | HGW | Update and review NES active exchange file listing. Send to D. McCabe. | 2.00 |
| 2/14/07 | HGW | Send N. Elder sorted bank account inventory; review NES P&L information; send e-mail to E. Privratsky re additional P&L information. | 4.00 |
| 2/14/07 | HGW | Participate in webcast tutorial re Abacus Software. | 1.00 |
| 2/14/07 | HGW | Update workplan w/ detailed source information. Review files for required information. | 1.00 |
| 2/14/07 | MSS | Reconcile general ledger to bank statements re: Investment Exchange Group. | 2.10 |
| 2/14/07 | MSS | Review intercompany transfers. | 4.10 |
| 2/14/07 | MSS | Review bank transactions re: Tax Group. | 2.30 |
| 2/14/07 | EMM | Trace and agree Atlantic Exchange Company bank transactions. | 3.40 |
| 2/14/07 | EMM | Trace and agree intercompany transactions. | 2.10 |
| 2/14/07 | EMM | Trace and agree Investment Exchange Group bank transactions. | 3.20 |
| 2/14/07 | EMM | Investigate possible overpayment of Real Estate Exchange Services client. | 0.40 |
| 2/15/07 | SBR | Review unreconciled transactions. Update P&L data. Follow up re: client data requests. | 2.00 |
| 2/15/07 | HGW | Work on 2006 Consolidated P&L - pull information from SOS Quick Books; request information from AEC and NES; review REES GL activity. | 4.00 |
| 2/15/07 | HGW | Review and research open IXG items. Send e-mail to S. McCabe requesting additional information. | 3.50 |
| 2/15/07 | MSS | Review bank transactions: Investment Exchange Group. | 0.60 |
| 2/15/07 | MSS | Review intercompany transactions. | 3.80 |
| 2/15/07 | MSS | Review intercompany transfers. | 3.20 |
| 2/15/07 | EMM | Trace and agree Atlantic Exchange Company's bank transactions. | 3.40 |
| 2/15/07 | EMM | Trace and agree bank transactions. | 3.80 |
| 2/15/07 | EMM | Trace intercompany transactions. | 1.80 |
| 2/16/07 | MSS | Review intercompany transfers. | 1.40 |
| 2/16/07 | MSS | Reconcile general ledger to bank statements re: National Exchange Service. | 0.70 |
| 2/16/07 | SBR | Review G&L project w/ H. Williams. | 1.50 |
| 2/16/07 | SBR | Participate in telecon w/ H. Sosa re: P&L's. | 0.40 |
| 2/16/07 | SBR | Review open / unreconciled cash transactions. Assist in searching for corresponding entries at other QI to resolve. | 2.40 |
| 2/16/07 | SBR | Correspond w/ Nicole, Janet, AEC re: open items. | 0.40 |
| 2/16/07 | HGW | Work on consolidated P&L's for Tax Group. | 3.90 |
| 2/16/07 | HGW | Work on consolidated P&L's for Tax Group. | 3.10 |
| 2/16/07 | MSS | Reconcile general ledger to bank statements re: Security 1031 Services. | 2.60 |
| 2/16/07 | MSS | Review intercompany transfers. | 1.80 |
| 2/16/07 | MSS | Reconcile general ledger to bank statements re: Security 1031 Services. | 2.20 |
| 2/16/07 | EMM | Trace National Exchange Services bank transactions. | 3.00 |
| 2/16/07 | EMM | Trace intercompany bank transactions. | 2.60 |
| 2/16/07 | EMM | Trace and agree exchange transactions. | 2.50 |
| 2/19/07 | EMM | Trace and agree Security 1031 Transactions. | 2.70 |
| 2/19/07 | EMM | Trace and agree Investment Properties of America transactions. | 1.30 |
| 2/20/07 | SBR | Document, for counsel, approaches to capturing cash transactions (intercompany). | 2.80 |
| 2/20/07 | SBR | Review unreconciled transactions and develop approach to trace. | 1.60 |
| 2/20/07 | SBR | Update list of open items needed from client by QI/ RIC. | 0.60 |
| 2/20/07 | HGW | Review and discuss open items for each QI re exchange and bank transactions. | 3.00 |
| 2/20/07 | HGW | Work on exchange and bank transactions. | 4.00 |

| Date | Individual | Procedure | Hours |
|---|---|---|---|
| 2/20/07 | MSS | Reconcile general ledger to bank statements re: Security 1031 Services. | 0.50 |
| 2/20/07 | MSS | Meet with team to review engagement. | 3.00 |
| 2/20/07 | MSS | Review bank transactions re: all QIs. | 4.10 |
| 2/20/07 | EMM | Meet with team to review engagement. | 3.00 |
| 2/20/07 | EMM | Review Qualified Intermediaries transactions and outstanding items. | 4.10 |
| 2/20/07 | EMM | Trace and agree Security 1031 Services exchange transactions. | 1.40 |
| 2/21/07 | SBR | Supervise, review staff work on P&L's, cash transactions, unreconciled G/L transactions. | 3.20 |
| 2/21/07 | HGW | Work on Tax Group consolidated P&L. | 5.00 |
| 2/21/07 | HGW | Participate in conference call w/ client representatives re system requirements. | 0.50 |
| 2/21/07 | HGW | Work on memo to counsel re Loan recordation options. | 1.50 |
| 2/21/07 | HGW | Work on Tax Group consolidated P&L. | 1.00 |
| 2/21/07 | MSS | Reconcile general ledger to bank statements re: Security 1031 Services. | 4.20 |
| 2/21/07 | MSS | Reconcile general ledger to bank statements re: Security 1031 Services. | 2.40 |
| 2/21/07 | MSS | Reconcile general ledger to bank statements re: Security 1031 Services. | 1.70 |
| 2/21/07 | EMM | Trace and agree Section 1031 Services bank transactions. | 3.50 |
| 2/21/07 | EMM | Prepare qualified intermediary interest revenue schedule. | 1.70 |
| 2/21/07 | EMM | Trace and agree Section 1031 Services individual money market account transactions. | 3.20 |
| 2/21/07 | EMM | Trace and agree Section 1031 Services bank transactions. | 0.70 |
| 2/22/07 | MSS | Reconcile general ledger to bank statements re: Security 1031 Services. | 4.40 |
| 2/22/07 | HGW | Work on Tax Group consolidated P&L. | 4.50 |
| 2/22/07 | HGW | Review documents provided by NES and IXG. | 1.50 |
| 2/22/07 | MSS | Reconcile general ledger to bank statements re: Security 1031 Services. | 3.30 |
| 2/22/07 | EMM | Compile data to calculate interest revenue. | 0.30 |
| 2/22/07 | EMM | Trace and agree Section 1031 Services bank transactions. | 4.50 |
| 2/22/07 | EMM | Trace and agree Section 1031 Services bank transactions. | 4.50 |
| 2/23/07 | SBR | Work w/ staff on P&L project, unreconciled transactions, intercompany cash transfers. | 3.30 |
| 2/23/07 | HGW | Work on Tax Group consolidated P&L. | 3.50 |
| 2/23/07 | HGW | Enter relevant bank transactions from IXG segregated accounts. | 3.90 |
| 2/23/07 | EMM | Trace and agree Section 1031 Services bank transactions. | 4.00 |
| 2/23/07 | EMM | Trace and agree intercompany transactions. | 3.00 |
| 2/23/07 | EMM | Meet with team to discuss client requests. | 0.80 |
| 2/23/07 | EMM | Trace and agree Section 1031 Services Individual Money Market Account transactions. | 1.50 |
| 2/26/07 | SBR | Review P&L data for 5 QI's and 1031 Group. Revise interest -- income & expense. | 2.60 |
| 2/26/07 | MSS | Reconcile bank statements to general ledger re: Security 1031 Services, Inc. | 3.70 |
| 2/26/07 | MSS | Review bank statements re: Investment Exchange Group. | 0.60 |
| 2/26/07 | MSS | Reconcile general ledger to bank statements re: Security 1031 Services. | 0.70 |
| 2/26/07 | MSS | Reconcile bank statements to general ledger re: AEC. | 3.20 |
| 2/26/07 | EMM | Compile 1031 Tax Group income statement. | 3.80 |
| 2/26/07 | EMM | Trace and agree Investment Exchange Group's client transactions. | 2.80 |
| 2/26/07 | EMM | Trace and agree intercompany bank transactions. | 3.20 |
| 2/27/07 | SBR | Review P&L drafts and update open items and data needed from client. | 1.20 |
| 2/27/07 | SBR | Review w/ E. Massell and M. Smith open transactions. Determine path forward. Draft memo to client. | 2.20 |
| 2/27/07 | MSS | Reconcile bank statements to general ledger re: Investment Exchange Group. | 1.60 |
| 2/27/07 | MSS | Reconcile bank statements to general ledger re: Real Estate Exchange Services, Inc. | 1.80 |
| 2/27/07 | MSS | Reconcile bank statements to general ledger re: Atlantic Exchange Company, LLC. | 2.10 |
| 2/27/07 | MSS | Reconcile bank statements to general ledger re: National Exchange Services. | 1.00 |

EML013001

| Date | Individual | Procedure | Hours |
|---|---|---|---|
| 2/27/07 | MSS | Record Security 1031 Services bank statements. | 0.40 |
| 2/27/07 | MSS | Prepare general ledger exception reports re: All QIs. | 1.70 |
| 2/27/07 | EMM | Compile 1031 Tax Group Income Statement. | 2.30 |
| 2/27/07 | EMM | Trace and agree Security 1031 Bank transactions. | 2.30 |
| 2/27/07 | EMM | Compile 1031 Tax Group Income Statement. | 2.70 |
| 2/27/07 | EMM | Trace and agree 1031 Tax Group intercompany transactions. | 1.50 |
| 2/28/07 | SBR | Review P&L, client open items, unrecorded G/L transactions. | 3.40 |
| 2/28/07 | MSS | Review exchange files re: Security 1031 Services. | 1.40 |
| 2/28/07 | MSS | Prepare general ledger exception reports. | 0.80 |
| 2/28/07 | MSS | Reconcile general ledger to bank statements re: Tax Group. | 4.30 |
| 2/28/07 | MSS | Reconcile general ledger to bank statements re: Security 1031 Services. | 2.60 |
| 2/28/07 | EMM | Compile 1031 Tax Group Income Statement. | 2.50 |
| 2/28/07 | EMM | Trace and agree intercompany transactions. | 2.40 |
| 2/28/07 | EMM | Reconcile National Exchange Services transactions. | 1.70 |
| 2/28/07 | EMM | Record National Exchange Services and Section 1031 Services bank transactions into database. | 2.30 |
| | **Total for** | **Financial Consulting** | **432.80** |
| **Task:** | **591** | **Client Non Billable** | |
| 2/13/07 | SBR | Client Non Billable - Meet w/ T. Dashiell and Nicole. | 1.50 |
| 2/13/07 | HGW | Client Non Billable - meet w/ J. Dashiell and N. Elder. | 1.50 |
| 2/14/07 | SBR | Client Non Billable - Review requirements for P&L project. | 3.40 |
| | **Total for** | **Client Non Billable** | **6.40** |
| | **Total hours for this matter** | | **439.20** |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 12/29/06 | SBR - 1264: Boston/ Logan Airport re: travel meal for S. Roski and H. Williams | 18.21 |
| 1/9/07 | SBR-1264: Safety Harbor Resort re: hotel lodging deposit for E. Massell Tampa site visit. | 185.92 |
| 1/9/07 | SBR - 1264: Hertz re: rental car for Tampa site visit | 194.52 |
| 1/9/07 | SBR - 1264: RIC re: Airport parking for Tampa travel | 23.00 |
| 1/9/07 | SBR - 1264: Safety Harbor Resort re: travel meals for S. Roski and E. Massell Tampa site visit | 115.49 |
| 1/10/07 | SBR - 1264: Travizon re: R/T air fare for E. Massell site visit to Tampa | 645.10 |
| 1/10/07 | SBR - 1264: Travizon re: R/T air fare for S. Roski site visit to Tampa | 614.10 |
| 1/11/07 | SBR - 1264: Safety Harbor Resort re: hotel lodging for client visit. | 371.84 |
| 1/11/07 | SBR - 1264: Atlanta Airport re: travel meal for S. Roski and E. Massell. | 18.79 |
| 1/21/07 | SBR - 1264: Travizon re: R/T airfare for S. Roski site visit to Denver | 861.60 |
| 1/21/07 | SBR - 1264: Travizon re: R/T airfare for E. Massell site visit to Denver | 758.60 |
| 1/23/07 | SBR - 1264: Loews Denver Hotel re: S. Roski hotel lodging for Denver site visit | 413.57 |
| 1/23/07 | SBR - 1264: Metro Taxi re: cab service to airport for Denver site visit | 60.00 |
| 1/23/07 | SBR - 1264: Freedom Cabs re: cab service to hotel for Denver site visit | 65.00 |
| 1/23/07 | SBR - 1264: Travel meals for S. Roski and E. Massell re: Denver site visit | 39.91 |
| 1/23/07 | SBR - 1264: Wayport Internet Access re: Denver site visit | 19.90 |
| 2/28/07 | Fedex invoice 866178154 from Heather Williams delivered to Eric Privrasky at the National Exchange Services | 78.73 |
| 2/28/07 | Accountemps invoice 17681520 | 616.25 |
| | **Total disbursements for this matter** | **$5,100.53** |

EML013002

**Timekeeper Summary**

| Name | | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| EMM | Massell, Eric M | 142.50 | 160.00 | $22,800.00 |
| HGW | Williams, Heather G. | 1.50 | 0.00 | $0.00 |
| HGW | Williams, Heather G. | 109.90 | 250.00 | $27,475.00 |
| LBS | Seay, Linda B. | 0.60 | 120.00 | $72.00 |
| LSH | Hamilton, Sabrina | 34.70 | 80.00 | $2,776.00 |
| MSS | Smith, Matthew S. | 103.00 | 160.00 | $16,480.00 |
| SBR | Roski, Suzanne B. | 4.90 | 0.00 | $0.00 |
| SBR | Roski, Suzanne B. | 42.10 | 340.00 | $14,314.00 |
| | **Total fees for this matter** | 439.20 hrs | | $83,917.00 |

**BILLING SUMMARY**

| | |
|---|---:|
| TOTAL FEES | $83,917.00 |
| TOTAL DISBURSEMENTS | 5,100.53 |
| LESS PREPAID CASH APPLIED | (50,000.00) |
| TOTAL CHARGES FOR THIS BILL | $39,017.53 |

EML013003