**Veritext Florida Reporting Co.**

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Irwin R Gilbert, Esq<br>Gilbert & Yarnell, PLL<br>11000 Prosperity Farms Road<br>Suite 205<br>Palm Beach Gardens, FL, 33410 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | FLA2341654<br>6/8/2015<br>$160.00 |

| | |
|---|---|
| **Case:** | Cordell Consultant, Inc. v. Eliot C. Abbott, Et Al. |
| **Job #:** | 2075651 \| Job Date: 6/8/2015 \| Delivery: Immediate |
| **Billing Atty:** | Irwin R Gilbert, Esq |
| **Location:** | Veritext<br>1400 Centrepark Blvd. \| 805 \| WPB, FL 33401 |
| **Sched Atty:** | Irwin R Gilbert, Esq \| Gilbert & Yarnell, PLL |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Eliot C. Abbott Vol 3 | Certificate of Non Appearance (CNA) | | 1.00 | $150.00 | $150.00 |
| | Shipping & Handling | Package | 1.00 | $10.00 | $10.00 |

| | | |
|---|---|---|
| **Notes:** | **Invoice Total:** | $160.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $160.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | FLA2341654 |
| **Job #:** | 2075651 |
| **Invoice Date:** | 6/8/2015 |
| **Balance:** | $160.00 |

24750