UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-80416-RYSKAMP

CORDELL CONSULTANTS, INC.,
MONEY PURCHASE PLAN,
a Virginia corporation,
    Plaintiff,
v.

ELIOT C. ABBOTT, an individual;
DALE S. BERGMAN, an individual;
ABBEY L. KAPLAN, an individual;
STEVEN I. SILVERMAN, an individual;
and KLUGER, PERETZ, KAPLAN
& BERLIN, P.L., a Florida Professional
Limited Liability Company,
    Defendants.
_____/

## **DECLARATION OF IRWIN GILBERT, ESQ.**

Irwin R. Gilbert, being duly sworn, deposes and says under penalty of perjury:

1.    I am an attorney admitted to practice in this Court and one of the attorneys for the Plaintiff. This affidavit is submitted in support of Plaintiff's Motion for Partial Summary Judgment as it pertains to the Defendant's claim of spoliation.

2.    In the course of discovery in this case, the defendants initially reported that it had lost its paper files pertaining to the representation of Edward Okun and his companies.. Later, it was revealed that the defendants in fact had 71 Banker's Boxes of paper documents which were made available for inspection. Among the boxes were the documents related to the April 20, 2007 loan by Plaintiff to Edward Okun for $7 Million. Curiously missing from the specific loan file however was the Okun Personal Financial Statement supplied by defendants at the closing.

1

3.     In 2011, I contacted Glen Stankee in connection with his representation of Plaintiff in April 20, 2007 loan. He had left the Ruden firm but was still in touch with people there.

4.     Later I learned that the April 20, 2007 loan file in the possession of Ruden McCloskey was sent for destruction after Ruden filed for bankruptcy protection. However, In 2015, the entire loan file was located by the Zobrist Law Group and was timely produced to the Defendants. This file includes the Okun Personal financial statement that Robin Rodriguez testified was supplied by the defendants at the closing.

Dated: July 17, 2015

/s/ Irwin R. Gilbert
Irwin R. Gilbert