UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-80416-KLR

CORDELL CONSULTANT, INC. MONEY
PURCHASE PLAN AND TRUST, a
Virginia Corporation,

    Plaintiff,

v.

ELIOT C. ABBOTT, et al.

    Defendants.

_____/

**DEFENDANTS KAPLAN'S AND SILVERMAN'S REPLY
IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY
OF PLAINTIFF'S PROPOSED EXPERT CULVER SMITH D.E. 597**

Defendants' Abbey L. Kaplan and Steve I. Silverman submit this reply in support of their motion to exclude testimony of Plaintiff's proposed Expert Culver Smith D.E. 597. Plaintiff itself demonstrates that Smith's testimony does not "fit."

"The Eleventh Circuit's recitation of the standards for aiding and abetting and conspiracy . . . has no bearing on [expert] Smith's testimony."

D.E. 674 at 4, *Plaintiff's Response in Opposition to Defendant's Motion to Exclude Testimony of Plaintiff's Proposed Expert Culver Smith.*

If Plaintiff's proposed expert and Plaintiff's counsel believe that the standards for civil liability in the case before the Court have nothing to do with the expert's testimony, one wonders what his relevance is. This is not a generalized case about lawyers' duties. This is a specific case in which specific lawyers are sued for aiding and abetting and conspiracy in connection with a specific loan. There is no place for general testimony in which the relevant law determined by the Court to apply to this case has "no bearing." Plaintiff's expert, Culver Smith, through no fault of his own, has not offered relevant or helpful opinions and his opinions are not founded on reliable methods.

Mr. Smith should not be allowed to testify about what lawyers ***should do*** when they ***should know*** of a client's fraud. The standard for liability in this case is that the lawyers ***did know*** and ***did do*** (if anything) to assist or further the client's fraud. What they should have

_____
KENNY NACHWALTER, P.A.

known and their inaction are not relevant to the legal claims.  Mr. Smith's testimony is legally irrelevant and likely to confuse the jury.

Plaintiff does not make any arguments about why this is relevant or helpful to the jury.  It is clear that Smith has not analyzed significant amounts of data or documentary evidence and so he is not prepared to help the jury understand how to synthesize it.  He does not intend to offer opinions on how law firms operate with clients when claims about prior fraud or criminal behavior are made, how they operate when representing clients in loan transactions, how opinion letters are negotiated, and what the obligations of lawyers are in connection with loans or client financial statements.  It appears that his sole purpose is to opine that KPKB should have withdrawn.  That is simply not relevant or helpful.

If that is all he has to say, Plaintiff may not call him, but there is no Rule 26 violation.  Plaintiff's counsel's November 4, 2014 email indicated that more disclosure was warranted and would be forthcoming.  If he has changed his mind, then there is no need to address it.  However, his email was sent after the signature page was filed, so likely he did mean to have Mr. Smith testify to more, so that Mr. Smith would have something relevant to say.  Since no further disclosures were forthcoming, then there is no reason Mr. Smith should testify at all.

## Conclusion

For the reasons set forth in the initial motion at D.E. 597 and above, Mr, Smith should not be permitted to testify.

Respectfully submitted,

Dated: August 25, 2015
Miami, FL

s/ Deborah S. Corbishley
Richard H. Critchlow, Esq. (FL Bar #155227)
Deborah S. Corbishley, Esq. (FL Bar #588229)
KENNY NACHWALTER, P.A.
201 South Biscayne Blvd., Suite 1100
Miami, Florida 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
rcritchlow@knpa.com
dcorbishley@knpa.com

*Counsel for Defendants, Abbey L. Kaplan and Steve I. Silverman*

*Co-counsel for Defendant Steven I. Silverman*

Edward R. Shohat, Esq.
JONES WALKER
201 South Biscayne Blvd., Suite 2600
Miami, Florida 33131
Telephone 305.679.5700
Facsimile 305.679.5710
eshohat@joneswalker.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 25, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s Deborah S. Corbishley
Deborah S. Corbishley

*Cordell Consultant, Inc. Money Purchase Plan and Trust, v. Eliot C. Abbott, et al*

**SERVICE LIST**

Irwin R. Gilbert, Esq. (FL Bar #099473)
Sayed M. Zonaid, Esq. (FL Bar #113442)
KELLEY KRONENBERG
1475 Centrepark Blvd., Suite 275
West Palm Beach, Florida 33401
Telephone: 561-684-5956
IGilbert@kelleykronenberg.com
Irgeservice@kelleykronenberg.com

Bryan J. Yarnell, Esq. (FL Bar #088900)
YARNELL LAW OFFICES
11000 Prosperity Farms Road,
Suite 205
Palm Beach Gardens, FL 33410
Telephone: (561) 622-1252
Facsimile: (561) 799-1904
bryanyarnell@gmail.com
*Counsel for Plaintiff*

Richard H. Critchlow, Esq. (FL Bar #155227)
Deborah S. Corbishley, Esq. (FL Bar #588229)
KENNY NACHWALTER, P.A.
201 South Biscayne Blvd., Suite 1100
Miami, Florida 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
rcritchlow@knpa.com
dcorbishley@knpa.com
*Counsel for Defendants, Abbey L. Kaplan and Steve I. Abbey Kaplan*

Ramon Rasco, Esq. (FL Bar #0617334)
PODHURST ORSECK, P.A.
City National Bank Building – 8th Floor
25 West Flagler Street
Miami, Florida 33130
Telephone: (305) 358-2800
Facsimile: (305) 358-2382
rrasco@podhurst.com
*Counsel for Defendant, Eliot C. Abbott*

Marilyn G. Kohn, Esq.
KLUGER, KAPLAN, ABBEY KAPLAN,
KATZEN & LEVINE, P.L.
201 S. Biscayne Blvd., 17th Floor
Miami, Florida 33131
Phone: (305) 379-9000
Facsimile: (305) 379-3428
mkohn@klugerkaplan.com
*Counsel for Defendants, Abbey L. Kaplan and Steve I. Abbey Kaplan*

Howard D. DuBosar, Esq. (FL Bar #729108)
THE DUBOSAR LAW GROUP, P.A.
1800 N. Military Trail, Suite 470
Boca Raton, Florida 33436
Telephone: (561) 544-8980
Facsimile: (561) 544-8988
hdubosar@dubosarnavon.com
*Counsel for Defendant, Kluger, Peretz, Kaplan & Berlin, P.L.*

Edward R. Shohat, Esq.
JONES WALKER
201 South Biscayne Blvd., Suite 2600
Miami, Florida 33131
Telephone 305.679.5700
Facsimile 305.679.5710
eshohat@joneswalker.com
*Co-counsel for Defendant Steven I. Abbey Kaplan*

4



KENNY NACHWALTER, P.A.