UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-80416-KLR

CORDELL CONSULTANT, INC. MONEY
PURCHASE PLAN AND TRUST, a
Virginia Corporation,

    Plaintiff,

v.

ELIOT C. ABBOTT, et al.

    Defendants.

_____/

**STIPULATION FOR SUBSTITUTION OF COUNSEL**
**FOR STEVE I. SILVERMAN AND PROPOSED ORDER**

With the full and informed agreement of Defendants Abbey L. Kaplan and Steve I. Silverman, it is hereby stipulated and agreed that Deborah Corbishley, Richard Critchlow, and the law firm of Kenny Nachwalter, P.A. withdraw from the representation of Steve I. Silverman, and have no further responsibility for Mr. Silverman's representation, and Edward R. Shohat and the law firm of Jones Walker accept all responsibility for Mr. Silverman's representation. Mr. Silverman agrees that Mrs. Corbishley and Kenny Nachwalter, P.A. may continue to represent Abbey L. Kaplan for all purposes.

Respectfully submitted on September 29, 2015,

| | |
|---|---|
| /s Edward R. Shohat | /s Deborah S. Corbishley |
| Edward R. Shohat, Esq. | Richard H. Critchlow, Esq. (FL Bar #155227) |
| JONES WALKER | Deborah S. Corbishley, Esq. (FL Bar #588229) |
| 201 South Biscayne Blvd., Suite 2600 | KENNY NACHWALTER, P.A. |
| Miami, Florida 33131 | 201 South Biscayne Blvd., Suite 1100 |
| Telephone 305.679.5700 | Miami, Florida 33131 |
| Facsimile 305.679.5710 | Telephone: (305) 373-1000 |
| eshohat@joneswalker.com | Facsimile: (305) 372-1861 |
| ***Counsel for Defendant Steven I. Silverman*** | rcritchlow@knpa.com |
| | dcorbishley@knpa.com |
| | ***Counsel for Defendant Abbey L. Kaplan*** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 29, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s Deborah S. Corbishley
Deborah S. Corbishley

*Cordell Consultant, Inc. Money Purchase Plan and Trust, v. Eliot C. Abbott, et al*

**SERVICE LIST**

Irwin R. Gilbert, Esq. (FL Bar #099473)
Sayed M. Zonaid, Esq. (FL Bar #113442)
KELLEY KRONENBERG
1475 Centrepark Blvd., Suite 275
West Palm Beach, Florida 33401
Telephone: 561-684-5956
IGilbert@kelleykronenberg.com
Irgeservice@kelleykronenberg.com


Bryan J. Yarnell, Esq. (FL Bar #088900)
YARNELL LAW OFFICES
11000 Prosperity Farms Road,
Suite 205
Palm Beach Gardens, FL 33410
Telephone: (561) 622-1252
Facsimile: (561) 799-1904
bryanyarnell@gmail.com
*Counsel for Plaintiff*


Ramon Rasco, Esq. (FL Bar #0617334)
PODHURST ORSECK, P.A.
City National Bank Building – 8th Floor
25 West Flagler Street
Miami, Florida 33130
Telephone: (305) 358-2800
Facsimile: (305) 358-2382
rrasco@podhurst.com
*Counsel for Defendant, Eliot C. Abbott*


Howard D. DuBosar, Esq. (FL Bar #729108)
THE DUBOSAR LAW GROUP, P.A.
1800 N. Military Trail, Suite 470
Boca Raton, Florida 33436
Telephone: (561) 544-8980
Facsimile: (561) 544-8988
hdubosar@dubosarnavon.com
*Counsel for Defendant, Kluger, Peretz,
Kaplan & Berlin, P.L.*

Richard H. Critchlow, Esq. (FL Bar #155227)
Deborah S. Corbishley, Esq. (FL Bar #588229)
KENNY NACHWALTER, P.A.
201 South Biscayne Blvd., Suite 1100
Miami, Florida 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
rcritchlow@knpa.com
dcorbishley@knpa.com
*Counsel for Defendant Abbey L. Kaplan*

Edward R. Shohat, Esq.
JONES WALKER
201 South Biscayne Blvd., Suite 2600
Miami, Florida 33131
Telephone 305.679.5700
Facsimile 305.679.5710
eshohat@joneswalker.com
*Counsel for Defendant Steven I. Silverman*


Marilyn G. Kohn, Esq.
KLUGER, KAPLAN, ABBEY KAPLAN,
KATZEN & LEVINE, P.L.
201 S. Biscayne Blvd., 17th Floor
Miami, Florida 33131
Phone: (305) 379-9000
Facsimile: (305) 379-3428
mkohn@klugerkaplan.com
*Counsel for Defendants, Abbey L.
Kaplan and Steve I. Abbey Kaplan*

4