UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-80416-KLR

CORDELL CONSULTANT, INC. MONEY
PURCHASE PLAN AND TRUST, a
Virginia Corporation,

      Plaintiff,

v.

ELIOT C. ABBOTT, et al.

      Defendants.

_____/

### DEFENDANT KAPLAN'S COUNSEL'S ACKNOWLEDGEMENT OF ERROR IN CONNECTION WITH D.E. 739, MEMORANDUM IN OPPOSITION TO D.E. 737

The undersigned apologizes to the Court for the error she made in D.E. 739, when she stated that no party had cited to expert testimony in summary judgment motions. Plaintiff's counsel is quite correct that Mr. Abbott did do so in a reply memorandum at D.E. 671. The undersigned had forgotten – as no one filed a memorandum opposing Plaintiff's motion to strike Mr. Abbott's reply. Notably Plaintiff does not advise the Court that Plaintiff moved to strike Mr. Abbott's reply because it cited to the expert's opinions and was beyond the scope of the original motion. D.E. 702. Mr. Abbott did not oppose the motion to strike the document referring to the expert. No response was filed to D.E. 702. Therefore, it was assumed that the motion will be granted.

In its motion to strike, Plaintiff argued:

> Local Rule 7.1(c) mandates that "reply memorandum shall be strictly limited to rebuttal of matters raised in the memorandum in opposition without reargument of matters covered in the movant's initial memorandum of law." Pursuant to the plain language of Local Rule 7.1(c), new arguments may not be raised in reply brief. (citations omitted)

Plaintiff also argued that Abbott's arguments were "egregiously improper," because they had not been raised in the original motion:

> Arguments implicating the opinions and findings of defendants' experts, especially those of Hans Mueller—an expert *withdrawn* by defendants due to a conflict of

_____

KENNY NACHWALTER, P.A.

interest—were never put forth in Kaplan and Silverman's summary judgment filings [D.E. 592, 593, and 594] nor were they addressed in Plaintiff's Response [D.E. 634].

The undersigned apologizes for the error, and asks that the Court consider Plaintiff's arguments in D.E. 702 when it noted that it could not respond without moving for leave to do so:

> Abbott's insertion of such arguments is highly prejudicial to Plaintiff, as Plaintiff is unable to respond without the Court's leave. Moreover, because Abbott had the opportunity to file his own motion for summary judgment but chose not to do so, he should now not be permitted to contravene the requirements of Local Rule 7.1(c) on account of some perceived deficiency in Kaplan and Silverman's summary judgment motion.

Plaintiff chose to move to strike rather than respond with expert testimony. No party filed an opposition to the motion to strike Abbott's reply memo, and so D.E. 702 should be granted and D.E. 737 should be denied. Clearly Plaintiff thought about the potential for expert response and decided against it. It should be bound by the choice made in D.E. 702.

Respectfully submitted,

Dated: October 8, 2015
       Miami, FL

s/ Deborah S. Corbishley
Richard H. Critchlow, Esq. (FL Bar #155227)
Deborah S. Corbishley, Esq. (FL Bar #588229)
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
1100 Miami Center
Miami, Florida 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
rcritchlow@knpa.com
dcorbishley@knpa.com

*Counsel for Defendant Abbey L. Kaplan*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 8, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s Deborah S. Corbishley
Deborah S. Corbishley

*Cordell Consultant, Inc. Money Purchase Plan and Trust, v. Eliot C. Abbott, et al*

**SERVICE LIST**

Irwin R. Gilbert, Esq. (FL Bar #099473)
Sayed M. Zonaid, Esq. (FL Bar #113442)
KELLEY KRONENBERG
1475 Centrepark Blvd., Suite 275
West Palm Beach, Florida 33401
Telephone: 561-684-5956
IGilbert@kelleykronenberg.com
Irgeservice@kelleykronenberg.com

Bryan J. Yarnell, Esq. (FL Bar #088900)
YARNELL LAW OFFICES
11000 Prosperity Farms Road,
Suite 205
Palm Beach Gardens, FL 33410
Telephone: (561) 622-1252
Facsimile: (561) 799-1904
bryanyarnell@gmail.com
*Counsel for Plaintiff*

Ramon Rasco, Esq. (FL Bar #0617334)
PODHURST ORSECK, P.A.
City National Bank Building – 8th Floor
25 West Flagler Street
Miami, Florida 33130
Telephone: (305) 358-2800
Facsimile: (305) 358-2382
rrasco@podhurst.com
*Counsel for Defendant, Eliot C. Abbott*

Howard D. DuBosar, Esq. (FL Bar #729108)
THE DUBOSAR LAW GROUP, P.A.
1800 N. Military Trail, Suite 470
Boca Raton, Florida 33436
Telephone: (561) 544-8980
Facsimile: (561) 544-8988
hdubosar@dubosarnavon.com
*Counsel for Defendant, Kluger, Peretz, Kaplan & Berlin, P.L.*

Richard H. Critchlow, Esq. (FL Bar #155227)
Deborah S. Corbishley, Esq. (FL Bar #588229)
KENNY NACHWALTER, P.A.
201 South Biscayne Blvd., Suite 1100
Miami, Florida 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
rcritchlow@knpa.com
dcorbishley@knpa.com
*Counsel for Defendant Abbey L. Kaplan*

Edward R. Shohat, Esq.
JONES WALKER
201 South Biscayne Blvd., Suite 2600
Miami, Florida 33131
Telephone 305.679.5700
Facsimile 305.679.5710
eshohat@joneswalker.com
*Counsel for Defendant Steven I. Silverman*

Marilyn G. Kohn, Esq.
KLUGER, KAPLAN, ABBEY KAPLAN,
KATZEN & LEVINE, P.L.
201 S. Biscayne Blvd., 17th Floor
Miami, Florida 33131
Phone: (305) 379-9000
Facsimile: (305) 379-3428
mkohn@klugerkaplan.com
*Counsel for Defendants, Abbey L. Kaplan and Steve I. Abbey Kaplan*

_____
KENNY NACHWALTER, P.A.