UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80416-CIV-RYSKAMP/HOPKINS

CORDELL CONSULTANTS, INC.
MONEY PURCHASE PLAN,
a Virginia corporation,

    Plaintiff,

v.

ELIOT C. ABBOTT, an individual;
DALE S. BERGMAN, an individual;
ABBEY L. KAPLAN, an individual;
STEVEN I. SILVERMAN, an individual;
and KLUGER, PERETZ, KAPLAN
& BERLIN, P.L., a Florida Professional
Limited Liability Company

    Defendants.
_____/

## ORDER OF REFERENCE REGARDING AMENDED MOTION TO STRIKE NOTICE OF CHARGING LIEN

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, Plaintiff's amended motion to strike Bryan Yarnell's notice of charging lien, filed August 31, 2015 **[DE 721]** is hereby referred to United States Magistrate Judge James M. Hopkins to take all necessary and proper action as required by law and to submit a Report and Recommendation to this Court.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 20th day of October, 2015.

                                                                 S/Kenneth L. Ryskamp
                                                                 KENNETH L. RYSKAMP
                                                                 UNITED STATES DISTRICT JUDGE