# KENNY

# NACHWALTER, P.A.

**ATTORNEYS AT LAW**

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861

## FACSIMILE TRANSMISSION COVER SHEET

| Date of Transmission: | October 16, 2015 | Sender's Telephone: |
|---|---|---|
| From: | Deborah S. Corbishley, Esq. | 305-373-1000 |
| To: | Recipient(s) | Facsimile Number(s) |
|  | Irwin R. Gilbert, Esq. KELLEY KRONENBERG | 561-684-5753 |
| Pages including cover sheet | 3 | |
| Document(s) Being Transmitted: | *Cordell v. Abbott, et al*: 10/14/15 email from Deborah Corbishley to Irwin Gilbert, Esq., et al. | |
| Message: | | |
| Our File Number | 003461 | |
| If transmission is not complete, please call (305) 373-1000 and ask for Office Services | | |
| Original | ■ will <u>not</u> follow | will follow via:<br>☐ regular mail<br>☐ overnight delivery<br>☐ hand delivery<br>☐ electronic mail |

The information contained in this facsimile message is a privileged and confidential communication intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone. Thank you.

**Texas Office**
One Congress Plaza -Suite 1060
111 Congress Avenue
Austin, Texas 78701
Telephone 512.480.8023
Facsimile 512.480.8037

**WASHINGTON SATELLITE OFFICE**
1201 PENNSYLVANIA AVENUE, SUITE 300
WASHINGTON, D.C. 20004
TELEPHONE 202.661.4604
FACSIMILE 202.661.4699

## Deborah Corbishley

| | |
|---|---|
| **From:** | Deborah Corbishley |
| **Sent:** | Wednesday, October 14, 2015 11:38 AM |
| **To:** | 'Irwin Gilbert (igilbert@kelleykronenberg.com)'; 'James Mintz (jmintz@kelleykronenberg.com)'; 'Sayed M. Zonaid'; 'Vicki November'; RamonRasco; 'Edward Shohat'; 'Howard DuBosar (hdubosar@dubolaw.com)'; DanielaGordon |
| **Subject:** | RE: Cordell v Abbott: Pretrial Stip, exhibit lists |

I note a lack of response to this email.

---

**From:** Deborah Corbishley
**Sent:** Wednesday, October 07, 2015 2:04 PM
**To:** Irwin Gilbert (igilbert@kelleykronenberg.com); James Mintz (jmintz@kelleykronenberg.com); Sayed M. Zonaid; 'Vicki November'; RamonRasco; Edward Shohat; Howard DuBosar (hdubosar@dubolaw.com); DanielaGordon
**Subject:** Cordell v Abbott: Pretrial Stip, exhibit lists

Folks;

The local rules require that counsel meet no less than 14 days before the call of the calendar (Nov. 11 as currently set) to prepare a pretrial stip. That would be October 20. The Court's initial scheduling order at D.E. 22 required us to meet a month before the trial calendar, that would be October 16th.

The pretrial stip is currently due on November 4, that being 7 days before the calendar call, which is currently set for November 11. November 11 is a legal holiday, so we assume the calendar call will be reset, but we should start working out the exchange of exhibits and how we will prepare the pretrial stip.

The stip needs to include exhibit lists in the Court's required format, with objections of the other parties entered on the list. It also needs to include witness lists, in the format required by the Rules. I note that Cordell's list was not compliant and needs to be corrected.

I propose that all parties exchange copies of their exhibits by drop box or similar service no later than noon on October 20, with exhibit lists in the form the Court requires exchanged in WORD or EXCEL format by email by noon on the same day. That allows all of us time to enter objections, while also preparing for the summary judgment hearing and preparing the pretrial stip.

I will leave it to Plaintiff's counsel to arrange for how to coordinate to prepare the stip.


Deborah S. Corbishley, Esq.
Kenny Nachwalter, P.A.
201 South Biscayne Boulevard
1100 Miami Center
Miami, Florida 33131-4327
Telephone: (305) 373-1000
Direct: (305) 381 7477
Facsimile: (305) 372-1861
E-mail: dsc@knpa.com
Assistant: Marlene Mitchell, ext 134

1

Asst.'s email: mm@knpa.com

********************PLEASE NOTE********************

This electronic message is from the law firm of Kenny Nachwalter, P.A. and contains information which may be confidential or privileged. If you believe you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this electronic message or its contents is prohibited. If you have received this electronic transmission in error, please immediately notify us by telephone (305-373-1000) or by electronic mail (admin@kennynachwalter.com).

```
************************************************************
*                   TRANSACTION REPORT                      *
*                                       OCT-16-2015 FRI 09:54 AM *
*   FOR:                                                    *
*                                                           *
*   SEND                                                    *
*   DATE   START     RECEIVER     TX TIME(L) PAGES TYPE   NOTE      M#  DP *
*   OCT-16 09:52 AM  15616845753  1'41"(1)   3   FAX TX   OK        267    *
*                                                                          *
*                                 TOTAL :   1M 41S PAGES: 3                *
************************************************************
```

# KENNY NACHWALTER, P.A.
ATTORNEYS AT LAW

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861

## FACSIMILE TRANSMISSION COVER SHEET

| Date of Transmission: | October 16, 2015 | Sender's Telephone: |
|---|---|---|
| From: | Deborah S. Corbishley, Esq. | 305-373-1000 |
| To: | Recipient(s) | Facsimile Number(s) |
|  | Irwin R. Gilbert, Esq.<br>KELLEY KRONENBERG | 561-684-5753 |
| Pages including cover sheet | 3 | |
| Document(s) Being Transmitted: | *Cordell v. Abbott, et al*: 10/14/15 email from Deborah Corbishley to Irwin Gilbert, Esq., et al. | |
| Message: | | |
| Our File Number | 003461 | |
| If transmission is not complete, please call (305) 373-1000 and ask for Office Services | | |
| Original | ■ will <u>not</u> follow | will follow via:<br>☐ regular mail<br>☐ overnight delivery<br>☐ hand delivery<br>☐ electronic mail |

The information contained in this facsimile message is a privileged and confidential communication intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone. Thank you.

**Texas Office**
One Congress Plaza - Suite 1060
111 Congress Avenue
Austin, Texas 78701
Telephone 512.480.8023
Facsimile 512.480.8037

**WASHINGTON SATELLITE OFFICE**
1201 PENNSYLVANIA AVENUE, SUITE 300
WASHINGTON, D.C. 20004
TELEPHONE 202.661.4604
FACSIMILE 202.661.4699