UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  11-CV-80416-RYSKAMP

CORDELL CONSULTANTS, INC.,
MONEY PURCHASE PLAN,
a Virginia corporation,
               Plaintiff,
v.

ELIOT C. ABBOTT, et al.
               Defendants.
_____/

**RESPONSE IN OPPOSITION TO DEFENDANT ABBOTT'S MOTION FOR LEAVE TO FILE AMENDED NOTICE OF JOINDER OR FOR CLARIFICATION**

Plaintiff responds to defendant Eliot Abbott's ("Abbott") Motion for Leave to File Amended Notice of Joinder or for Clarification [D.E. 758], and in opposition thereto, states:

1.      Plaintiff emphasizes that the time for summary judgment filings is long past and that Abbott's current predicament stems from his failure to file his own motion for summary judgment and his subsequent abuse of joinder and Local Rule 7.1(c).  Plaintiff is of the position that the Court should not indulge Abbott for playing fast and loose with the Court's own rules.

2.      Plaintiff also emphasizes that Abbott unreasonably delayed in moving for leave to file an amended notice of joinder.  Plaintiff moved to strike Abbott's "joinder" and reply brief in connection with Defendant Kaplan and Silverman's motion for summary judgment over sixty days ago on August 20, 2015.  *See* D.E. 702.  Abbott filed no response to this motion and in fact remained silent until only recently—the very eve of the Court's scheduled November 3, 2015, hearing on Plaintiff's and Defendants Kaplan and Silverman's motions for summary judgment. *See* D.E. 732.

3.      Contrary to Abbott's assertions, Plaintiff would in fact be prejudiced by a renewal of Abbott's joinder.  In its response in opposition to Kaplan and Silverman's motion for

summary judgment [D.E. 634], Plaintiff devoted two distinct sections to the individual roles of Kaplan and Silverman in the fraud perpetrated on it but included so such section for Abbott, as Kaplan and Silverman's summary judgment **did not address relief for Abbott**.   Furthermore, Plaintiff expended valuable time and effort in moving to strike Abbott's clearly improper joinder[1] and reply—resources that could have been better invested elsewhere.

4.      Notwithstanding the above, should the Court choose to allow Abbott to file an amended joinder in Defendants Kaplan and Silverman's motions for summary judgment, Plaintiff requests that the Court continue the November 3, 2015, hearing set by the Court's Order at D.E. 732 by at least 14 days and grant leave to Plaintiff to submit additional summary judgment filings with respect to Abbott.

**WHEREFORE**, Plaintiff requests that the Court deny the Defendant Abbot's motion.

---

[1] It is telling that Abbott did not respond at all to Plaintiff's motion to strike his "joinder" and reply.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically transmitted notices of electronic filings.

KELLY KRONENBERG, P.A.
Counsel for Plaintiff
1475 Centrepark Boulevard Suite 275
West Palm Beach, Florida 33401
(561) 684-5956 – Tel. (561) 684-5753 – Fax
igilbert@kelleykronenberg.com

By:  */s/  Irwin Gilbert*
    IRWIN R. GILBERT, ESQ.
    Florida Bar No.:  099473
    SAYED M. ZONAID, ESQ.
    Florida Bar No.:  113442

## Service List

| | |
|---|---|
| Ramon Rasco, Esq.<br>Fla. Bar No.:  0617334<br>rrasco@podhurst.com<br>**Podhurst Orseck, PA.**<br>City National Bank Building, 8th Floor<br>25 West Flagler Street<br>Miami, FL  33130<br>Telephone:  (305) 358-2800<br>Facsimile:  (305) 358-2382<br>***Counsel for Defendant Eliot C. Abbot***<br><br>Howard D. DuBosar, Esq.<br>Fla. Bar No.:  729108<br>dubosarh@dubolaw.com<br>**The DuBosar Law Group, P.A.**<br>Attorneys for Kluger Peretz Kaplan & Berlin, P.L.<br>1800 N. Military Trail, Suite 470<br>Boca Raton, FL  33431<br>Telephone:  (561) 544-8980<br>Facsimile:  (561) 544-8988<br>***Counsel for Defendant, Kluger, Peretz,***<br>***Kaplan & Berlin, P.L.***<br><br>Edward R. Shohat, Esq.<br>JONES WALKER<br>201 South Biscayne Blvd., Suite 2600<br>Miami, Florida 33131<br>Telephone 305.679.5700<br>Facsimile 305.679.5710<br>eshohat@joneswalker.com<br>***Counsel for Defendant Steven I. Silverman*** | Deborah S. Corbishley, Esq.<br>Fla. Bar No.:  588229<br>dcorbishley@kennynachwalter.com<br>Richard H. Critchlow, Esq.<br>Fla. Bar No.:  155227<br>rcritchlow@kennynachwalter.com<br>**Kenny Nachwalter, P.A**.<br>201 South Biscayne Boulevard<br>Suite 1100<br>Miami, FL  33131<br>Telephone:  (305) 373-1000<br>Facsimile:  (305) 372-1861<br>***Counsel for Defendant Abbey L. Kaplan***<br><br><br>Marilyn G. Kohn, Esq.<br>Fla. Bar No.:  168009<br>mkohn@klugerkaplan.com<br>**Kluger, Kaplan, Silverman,**<br>**Katzen & Levine, P.L.**<br>201 S. Biscayne Blvd., 17th Floor<br>Miami, Florida 33131<br>Phone: (305) 379-9000<br>Facsimile: (305) 379-3428<br>***Counsel for Defendants, Abbey L.***<br>***Kaplan and Steve I. Silverman*** |