UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-80416-KLR

CORDELL CONSULTANT, INC. MONEY
PURCHASE PLAN AND TRUST, a
Virginia Corporation,

     Plaintiff,

v.

ELIOT C. ABBOTT, et al.

     Defendants.

_____/

**DEFENDANTS KAPLAN'S *LIMITED* RESPONSE
TO PLAINTIFF'S OPPOSITION TO ABBOTT'S MOTION
TO JOIN IN THE MOTION FOR SUMMARY JUDGMENT D.E. 758/764**

Defendant Abbey Kaplan[1] opposes Plaintiff's apparent effort to continue the summary judgment hearing until after the trial calendar in this case starts. Plaintiff opposes co-defendant Eliot Abbott's request that he be granted summary judgment if the Court rules that summary judgment is appropriate on the grounds that Cordell was not defrauded. That was fully briefed between Defendants Kaplan and Silverman and Plaintiff. There is no new or different argument by Abbott on this issue. However, at D.E.764, Plaintiff suggests if Abbot is also to be granted summary judgment because Cordell was not defrauded, the hearing should be continued until November 18, 2015, which is two days into the trial setting of this case!

All that Abbott has asked is to join in the motion insofar as it applies to him. That would be, as clearly stated in Abbott's motion, the section that argues that summary judgment is appropriate because Cordell was not defrauded. Argument, § I, D.E. 592 at 8-13. Abbott does not ask to make arguments on whether Abbott knew or assisted Okun's conduct. There is no

_____

[1] Based on discussions with Mr. Silverman and Mr. Shohat, Defendant Kaplan's counsel advises the Court that Silverman joins this response. The Court's docketing system does not allow the filing of a joint response. This is not meant to replace Abbott's response.

need whatsoever for Cordell to make any new and additional arguments on how Cordell was or was not defrauded if Abbott will also benefit from this ruling.

If the Court finds that summary judgment is proper on this ground, then of course KPKB and Abbott could not be liable.  There is no reason more time and money would need to be spent and no reason a trial would be needed.  It is a waste of judicial resources to suggest that the case go forward against Abbott and KPKB if Silverman and Kaplan are granted summary judgment on this ground!

Defendant Kaplan is very much opposed to allowing Plaintiff more briefing and a delay of the hearing if Abbott is permitted to make a common sense plea that if Cordell was not defrauded, then he cannot be liable to Cordell for aiding and abetting or conspiracy to defraud it.

.

.

Respectfully submitted

Dated: October 30, 2015                s/ Deborah S. Corbishley
                                       Richard H. Critchlow, Esq. (FL Bar #155227)
                                       Deborah S. Corbishley, Esq. (FL Bar #588229)
                                       KENNY NACHWALTER, P.A.
                                       201 South Biscayne Boulevard
                                       1100 Miami Center
                                       Miami, Florida 33131-4327
                                       Telephone: (305) 373-1000
                                       Facsimile: (305) 372-1861
                                       rcritchlow@knpa.com
                                       dcorbishley@knpa.com

                                       *Counsel for Defendant Abbey L. Kaplan*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on October 30, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s Deborah S. Corbishley
Deborah S. Corbishley

*Cordell Consultant, Inc. Money Purchase Plan and Trust, v. Eliot C. Abbott, et al*

<u>**SERVICE LIST**</u>

Irwin R. Gilbert, Esq. (FL Bar #099473)
Sayed M. Zonaid, Esq. (FL Bar #113442)
KELLEY KRONENBERG
1475 Centrepark Blvd., Suite 275
West Palm Beach, Florida 33401
Telephone: 561-684-5956
IGilbert@kelleykronenberg.com
Irgeservice@kelleykronenberg.com

Bryan J. Yarnell, Esq. (FL Bar #088900)
YARNELL LAW OFFICES
11000 Prosperity Farms Road,
Suite 205
Palm Beach Gardens, FL 33410
Telephone: (561) 622-1252
Facsimile: (561) 799-1904
bryanyarnell@gmail.com
***Counsel for Plaintiff***

Ramon Rasco, Esq. (FL Bar #0617334)
PODHURST ORSECK, P.A.
City National Bank Building – 8th Floor
25 West Flagler Street
Miami, Florida 33130
Telephone: (305) 358-2800
Facsimile: (305) 358-2382
rrasco@podhurst.com
***Counsel for Defendant, Eliot C. Abbott***

Howard D. DuBosar, Esq. (FL Bar #729108)
THE DUBOSAR LAW GROUP, P.A.
1800 N. Military Trail, Suite 470
Boca Raton, Florida 33436
Telephone: (561) 544-8980
Facsimile: (561) 544-8988
hdubosar@dubosarnavon.com
***Counsel for Defendant, Kluger, Peretz,
Kaplan & Berlin, P.L.***

Richard H. Critchlow, Esq. (FL Bar #155227)
Deborah S. Corbishley, Esq. (FL Bar #588229)
KENNY NACHWALTER, P.A.
201 South Biscayne Blvd., Suite 1100
Miami, Florida 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
rcritchlow@knpa.com
dcorbishley@knpa.com
***Counsel for Defendant Abbey L. Kaplan***

Edward R. Shohat, Esq.
JONES WALKER
201 South Biscayne Blvd., Suite 2600
Miami, Florida 33131
Telephone 305.679.5700
Facsimile 305.679.5710
eshohat@joneswalker.com
***Counsel for Defendant Steve I. Silverman***

Marilyn G. Kohn, Esq.
KLUGER, KAPLAN, ABBEY KAPLAN,
KATZEN & LEVINE, P.L.
201 S. Biscayne Blvd., 17th Floor
Miami, Florida 33131
Phone: (305) 379-9000
Facsimile: (305) 379-3428
mkohn@klugerkaplan.com
***Counsel for Defendants Abbey L. Kaplan
and Steve I. Abbey Kaplan***