Case 9:11-cv-80416-KLR   Document 771   Entered on FLSD Docket 11/03/2015   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80416-CIV-RYSKAMP/HOPKINS

CORDELL CONSULTANTS, INC.
MONEY PURCHASE PLAN,
a Virginia corporation,

      Plaintiff,

v.

ELIOT C. ABBOTT, an individual;
DALE S. BERGMAN, an indivudual;
ABBEY L. KAPLAN, an individual;
STEVEN I. SILVERMAN, an individual;
and KLUGER, PERETZ, KAPLAN
& BERLIN, P.L., a Florida Professional
Limited Liability Company,

      Defendants.
_____/

## ORDER DENYING MOTION TO STRIKE APPENDIX TO DEFENDANTS' KAPLAN AND SILVERMAN'S REPLY MEMORANDA IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

THIS CAUSE comes before the Court pursuant to Plaintiff's motion to strike appendix to Defendants Kaplan and Silverman's reply memoranda in support of their motion for summary judgment, filed August 25, 2015 **[DE 712]**. Kaplan and Silverman responded on September 10, 2015 **[DE 725]**. Plaintiff replied on September 14, 2015 **[DE 726]**.

Plaintiff complains that Kaplan and Silverman attached a 73 page appendix to their summary judgment reply and have used this reply as an "end run" around the Court's page limits. (Motion, p. 1.) While the Court will not go so far as to strike the appendix, the Court informs the parties that it will not consider substantive argument contained within same. It is hereby

ORDERED AND ADJUDGED that Plaintiff's motion to strike appendix to Defendants

2

Kaplan and Silverman's reply memoranda in support of their motion for summary judgment, filed August 25, 2015 **[DE 712]**, is DENIED.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 3d day of November, 2015.

S/Kenneth L. Ryskamp  
KENNETH L. RYSKAMP  
UNITED STATES DISTRICT JUDGE