UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80416-CIV-RYSKAMP/HOPKINS

CORDELL CONSULTANTS, INC.
MONEY PURCHASE PLAN,
a Virginia corporation,

    Plaintiff,

v.

ELIOT C. ABBOTT, an individual;
DALE S. BERGMAN, an individual;
ABBEY L. KAPLAN, an individual;
STEVEN I. SILVERMAN, an individual;
and KLUGER, PERETZ, KAPLAN
& BERLIN, P.L., a Florida Professional
Limited Liability Company,

    Defendants.
_____/

## ORDER DENYING MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBITS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION IN LIMINE REGARDING "SPECULATION"

THIS CAUSE comes before the Court pursuant to Plaintiff's motion for leave to file supplemental exhibits in opposition to Defendants' motion for summary judgment and defendants' motion in limine regarding "speculation," filed October 27, 2015 **[DE 756]**. Kaplan and Silverman responded on October 30, 2015 **[DE 760]**. Plaintiff replied on November 2, 2015 **[DE 767]**. This motion is ripe for adjudication.

Plaintiff requests leave to file additional exhibits in response to Defendants' motion for summary judgment and Defendants' motion in limine regarding "speculation." Plaintiff gives not reason for the untimely request to introduce these exhibits save that "[a]t this time, Plaintiff has identified other documents produced by the Defendants which further clarify their knowledge

2

of Okun's increased liability as of April 2-3, 2007," and because of the "complexity of the instant case." (Motion, p. 2; Reply, p. 1.)  The documents in question were available to Plaintiff at the time it filed its responses to Defendants' summary judgment motion.  This motion is moot insofar as it relates to the motion in limine regarding "speculation," as that motion has been stricken.  It is hereby

ORDERED AND ADJUDGED that the motion motion for leave to file supplemental exhibits in opposition to Defendants' motion for summary judgment and defendants' motion in limine regarding "speculation," filed October 27, 2015 **[DE 756]**, is DENIED.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 3d day of November, 2015.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE