UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80416-CIV-RYSKAMP/HOPKINS

CORDELL CONSULTANTS, INC.
MONEY PURCHASE PLAN,
a Virginia corporation,

      Plaintiff,

v.

ELIOT C. ABBOTT, an individual;
DALE S. BERGMAN, an individual;
ABBEY L. KAPLAN, an individual;
STEVEN I. SILVERMAN, an individual;
and KLUGER, PERETZ, KAPLAN
& BERLIN, P.L., a Florida Professional
Limited Liability Company,

      Defendants.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED NOTICE OF JOINDER FOR CLARIFICATION

THIS CAUSE comes before the Court pursuant to Defendant Eliot Abbott's motion for leave to file amended notice of joinder or for clarification, filed October 29, 2015 **[DE 758]**. Plaintiff responded on October 30, 2015 **[DE 764]**. Defendants Kaplan and Silverman responded on October 30, 2015 **[DE 765]**. Abbott replied on November 2, 2015 **[DE 766]**. This motion is ripe for adjudication.

Abbott requests leave to join Kaplan and Silverman's motion for summary judgment to the extent it applies to Abbott. The Court previously struck Abbott's reply to Kaplan and Silverman's motion for summary judgment. Abbott agrees that the reply should be stricken and does not request leave to file an amended, more narrowly-tailored reply. The striking of the reply

should not, however, preclude Abbott from joining in Kaplan and Silverman's summary judgment motion to the extent their motion applies to Abbott.  It is hereby

ORDERED AND ADJUDGED that Abbott's motion for leave to file amended notice of joinder, filed October 29, 2015 **[DE 758]**, is GRANTED.  Abbott may join Kaplan and Silverman's motion for summary judgment to the extent the motion applies to him.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 3d day of November, 2015.

S/Kenneth L. Ryskamp  
KENNETH L. RYSKAMP  
UNITED STATES DISTRICT JUDGE