UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-80416-KLR

CORDELL CONSULTANT, INC. MONEY
PURCHASE PLAN AND TRUST, a
Virginia Corporation,

    Plaintiff,

v.

ELIOT C. ABBOTT, et al.,

    Defendants.
_____/

**DEFENDANT ELIOT ABBOTT'S *AMENDED* NOTICE OF JOINDER IN DEFENDANTS, ABBEY KAPLAN AND STEVEN SILVERMAN'S MOTION FOR SUMMARY JUDGMENT**

    Pursuant to this Court's November 3, 2015, Order Granting Motion for Leave to File Amended Notice of Joinder [DE 774], and in accordance with Local Rule 15.1, Defendant, Eliot C. Abbott ("Abbott") hereby joins in Defendants, Abbey Kaplan and Steve Silverman's Motion for Summary Judgment, Statement of Material Facts and Appendix [DE Nos. 592, 593 and 594, respectively], filed on July 17, 2015, to the extent applicable to Abbott. In addition, and as noted at yesterday's hearing, Abbott previously filed a Statement of Facts [DE 632], including Abbott's Declaration [DE 632-1], which adopted and incorporated several other Summary Judgment filings [DE Nos. 595, 628 and 629] and which Plaintiff never sought to strike.

    Dated this 4th day of November 2015.

                                                            Respectfully submitted,
                                                             **PODHURST ORSECK, P.A.**
                                                             *Counsel for Defendant, Eliot C. Abbott*
                                                             25 W. Flagler Street, Suite 800
                                                             Miami, Florida 33130

        Telephone: (305) 358-2800
        Facsimile: (305) 358-2382

        /s/Ramon A. Rasco_____
        Ramon A. Rasco
        FL Bar No. 0617334
        rrasco@podhurst.com
        Steven C. Marks
        FL Bar No. 516414
        smarks@podhurst.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 4, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing (NEF) generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/Ramon A. Rasco_____
        Ramon A. Rasco

## SERVICE LIST

Irwin R. Gilbert, Esq.
Bryan J. Yarnell, Esq.
GILBERT YARNELL LAW OFFICES
11000 Prosperity Farms Road, Suite 205
Palm Beach Gardens, FL 33410
Telephone: (561) 622-1252
Facsimile: (561) 799-1904
igilbert@bizlit.net
byarnell@bizlit.net
*Counsel for Plaintiff*

Howard D. DuBosar, Esq.
THE DUBOSAR LAW GROUP, P.A.
1800 N. Military Trail, Suite 470
Boca Raton, FL 33436
Telephone: (561) 544-8980
Facsimile: (561) 544-8988
dbosarh@dubolaw.com
*Counsel for Defendant, Kluger, Peretz, Kaplan & Berlin, P.L.*

Richard H. Critchlow, Esq.
Deborah S. Corbishley, Esq.
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
rcritchlow@knpa.com
dcorbishley@knpa.com
*Counsel for Defendants, Abbey L. Kaplan and Steve I. Silverman*

Jason S. Weiss, Esq.
SMITH AND VERBIT, P.L.
9900 Stirling Road, Suite 303
Cooper City, FL 33024
Telephone: (954) 965-8350
Facsimile: (954) 241-6947
Jason.weiss@smithverbit.com
*Counsel for Defendant, Dale S. Bergman*

Edward R. Shohat, Esq.
JONES WALKER
201 S. Biscyane Boulevard, 26th Floor
Miami, FL  33131
Telephone: (305) 679-5700
Facsimile: (305) 679-5710
eshohat@joneswalker.com
*Co-Counsel for Steve I. Silverman*

Marilyn G. Kohn, Esq.
KLUGER KAPLAN SILVERMAN
201 S. Biscayne Boulevard, 17th Floor
Miami, FL  33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428
MKohn@klugerkaplan.com
*Co-Counsel for Kaplan & Silverman*

David W. Trench, Esq.
BILZIN SUMBERG
1450 Brickell Avenue, Suite 2300
Miami, FL  33131
Telephone: (305) 350-2359
Facsimile: (305) 351-2261
dtrench@bilzin.com
*Attorney for Jon Carter Chasen*