UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  11-CV-80416-RYSKAMP

CORDELL CONSULTANTS, INC.,
MONEY PURCHASE PLAN,
a Virginia corporation,
        Plaintiff,
v.

ELIOT C. ABBOTT, et al.
        Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RECORD DOCUMENTATION

Pursuant to the Court's instructions and Order at D.E. 778, Plaintiff provides the following documents from the record for the Court's consideration:

**1.** "**That Pajonas (rather than Perkins) threatened to go to the authorities in November or December 2006**." See the following citations:

(A) **Pages 1, 4, and 11 of D.E. 648-4, and D.E. 641-2**, which includes: (i) an email from Richard Simring to Eliot Abbott, Dale Bergman, and Abbey Kaplan dated November 30, 2006, (ii) an email from Lara Coleman to Abbey Kaplan, Richard Simring, and Eliot Abbott dated December 19, 2006, (iii) a retrospective email from Abbey Kaplan to Howard Berlin dated May 9, 2007, and (iv) an email string between Kaplan, Okun, and others dated December 11, 2906 .  These emails are attached hereto as Exhibit "1."

**2.** "**That Pajonas said Kaplan paid him for silence**."  See the following citation:

(B) **D.E. 646–1**, which consists of pages 1–2, 109–111, and 120- 21 of the February 16, 2015, Todd Pajonas Deposition Transcript.  A copy of D.E. 646–1 is attached hereto as Exhibit "2," Tab 1.

(C) **Pages 12-15 of D.E. 716-7,** which consist of excerpts from Todd Pajonas' testimony at Ed Okun's criminal trial, attached hereto as Exhibit "2", Tab 2.

3. "**That there is a four page email showing that Kaplan knew of the April loan terms**." See the following citation:

> (D) **D.E. 606–27,** which consists of three email strings involving Abbey Kaplan dated April 19, 20, and 21, 2007, respectively (four pages in total). D.E. 606–27 is attached hereto as Exhibit "3."

4. "**That Chris Hoctor testified in deposition that he told Silverman that Ed Okun was going to purchase 1031 Advance and then withdraw monies from it**." See the following citations:

> (E) **Pages 1-7 of D.E. 639 – 3**, which consists of an email string from November 30, 2006, and an email string from November 29, 2006 involving Steve Silverman and Eliot Abbott. D.E. 606-19 is attached hereto as Exhibit "4."
>
> (F) **D.E. 644-2**, which extracts pp. 69-78, pp. 93-94, and pp. 139-140 of Chris Hoctor's deposition. D.E. 644-2 is attached hereto as Exhibit "5." On pp. 69-78 of his deposition, Hoctor is asked about the email at pp. 7-8 of D.E. 678.

First, review the Nov. 29 email string at pp. 3-7 of D.E. 639-3, specifically the first paragraph of p. 6. Next, review pp. 69-78 of Hoctor's deposition. Then review pp. 139-140 of Chris Hoctor's deposition. Lastly, review Mr. Hoctor's email at p. 1 of D.E. 693-3[1].

---

[1] For an explanation of why the documents should be reviewed in this order, see D.E. 678 at Para. "B," pp. 7-8.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically transmitted notices of electronic filings.

                                      KELLY KRONENBERG, P.A.
                                      Counsel for Plaintiff
                                      1475 Centrepark Boulevard Suite 275
                                      West Palm Beach, Florida 33401
                                      (561) 684-5956 – Tel. (561) 684-5753 – Fax
                                      igilbert@kelleykronenberg.com

                                      By: */s/ Irwin Gilbert*
                                            IRWIN R. GILBERT, ESQ.
                                            Florida Bar No.: 099473

## Service List

| | |
|---|---|
| Ramon Rasco, Esq.<br>Fla. Bar No.: 0617334<br>rrasco@podhurst.com<br>**Podhurst Orseck, PA.**<br>City National Bank Building, 8th Floor<br>25 West Flagler Street<br>Miami, FL 33130<br>Telephone: (305) 358-2800<br>Facsimile: (305) 358-2382<br>*Counsel for Defendant Eliot C. Abbot*<br><br>Howard D. DuBosar, Esq.<br>Fla. Bar No.: 729108<br>dubosarh@dubolaw.com<br>**The DuBosar Law Group, P.A.**<br>Attorneys for Kluger Peretz Kaplan & Berlin, P.L.<br>1800 N. Military Trail, Suite 470<br>Boca Raton, FL 33431<br>Telephone: (561) 544-8980<br>Facsimile: (561) 544-8988<br>*Counsel for Defendant, Kluger, Peretz,*<br>*Kaplan & Berlin, P.L.*<br><br>Edward R. Shohat, Esq.<br>JONES WALKER<br>201 South Biscayne Blvd., Suite 2600<br>Miami, Florida 33131<br>Telephone 305.679.5700<br>Facsimile 305.679.5710<br>eshohat@joneswalker.com<br>*Counsel for Defendant Steven I. Silverman* | Deborah S. Corbishley, Esq.<br>Fla. Bar No.: 588229<br>dcorbishley@kennynachwalter.com<br>Richard H. Critchlow, Esq.<br>Fla. Bar No.: 155227<br>rcritchlow@kennynachwalter.com<br>**Kenny Nachwalter, P.A.**<br>201 South Biscayne Boulevard<br>Suite 1100<br>Miami, FL 33131<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861<br>*Counsel for Defendant Abbey L. Kaplan*<br><br>Marilyn G. Kohn, Esq.<br>Fla. Bar No.: 168009<br>mkohn@klugerkaplan.com<br>**Kluger, Kaplan, Silverman,**<br>**Katzen & Levine, P.L.**<br>201 S. Biscayne Blvd., 17th Floor<br>Miami, Florida 33131<br>Phone: (305) 379-9000<br>Facsimile: (305) 379-3428<br>*Counsel for Defendants, Abbey L.*<br>*Kaplan and Steve I. Silverman* |