UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80416-CIV-RYSKAMP/HOPKINS

CORDELL CONSULTANTS, INC.
MONEY PURCHASE PLAN,
a Virginia corporation,

    Plaintiff,

v.

ELIOT C. ABBOTT, an individual;
DALE S. BERGMAN, an individual;
ABBEY L. KAPLAN, an individual;
STEVEN I. SILVERMAN, an individual;
and KLUGER, PERETZ, KAPLAN
& BERLIN, P.L., a Florida Professional
Limited Liability Company,

    Defendants.
_____/

## FINAL JUDGMENT

THE COURT, having granted Defendants Eliot Abbott, Abbey Kaplan and Steven Silverman's motion for summary judgment, hereby

ORDERS AND ADJUDGES that FINAL JUDGMENT IS HEREBY ENTERED in favor of Defendants Eliot Abbott, Abbey Kaplan, Steven Silverman and Kluger, Peretz, Kaplan & Berlin, P.L. and against Plaintiff Cordell Consultants, Inc. Money Purchase Plan.  This matter is hereby REMOVED from the November 16, 2015 trial calendar.  The Clerk of Court shall CLOSE this case.  All pending motions *except for the October 30, 2015* **[DE 763]** *report and*

*recommendation* are DENIED as MOOT.[1]

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 9th day of November, 2015.

        S/Kenneth L. Ryskamp
        KENNETH L. RYSKAMP
        UNITED STATES DISTRICT JUDGE

---

[1] Kaplan and Silverman moved for Rule 11 sanctions against Cordell on August 2, 2012. This matter went up on appeal prior to completion of briefing of the Rule 11 motion. Kaplan and Silverman also filed a motion for attorneys' fees and costs pursuant to 28 U.S.C. § 1927 on June 14, 2013, which was also subsequent to the filing of the appeal in this matter. The Court did not rule on these motions due to the pendency of the appeal. The Court presumes that if Kaplan and Silverman wish to pursue these motions, they will file updated motions. Accordingly, the Court is denying these motions as moot. The Court expresses no opinion as to whether it believes Kaplan and Silverman will file new motions and expresses no opinion on the merits of any such future motions.