UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-80416-KLR

CORDELL CONSULTANT, INC. MONEY
PURCHASE PLAN AND TRUST, a
Virginia Corporation,

    Plaintiff,

v.

ELIOT C. ABBOTT, et al.

    Defendants.

_____/

**DEFENDANTS KAPLAN AND SILVERMAN'S
MOTION FOR ADDITIONAL PAGES TO PRESENT RENEWAL AND
SUPPLEMENTATION OF MOTIONS AT D.E. 96, 161 FOR SANCTIONS
PURSUANT TO RULE 11, 28 U.S.C. § 1927, AND INHERENT AUTHORITY**

Defendants Abbey Kaplan and Steve Silverman respectfully request permission to exceed the 20 page limit in connection with the renewal of their motions for sanctions. They have combined the grounds under two different mechanisms for relief, and the memorandum addresses multiple rule violations, types of misconduct, and events. The motion addresses conduct and expenses that occurred from 2011 to the present, the lack of investigation, the thwarting of discovery, and the multiplicity of proceedings.

Therefore, Defendants ask leave to file a memorandum of up to thirty pages.

Undersigned counsel sought agreement from Cordell's counsel by email on Saturday November 21, 2015, but as of noon on Monday November 23, no response was received. The undersigned was leaving town for the holiday and was unable to follow up.

Respectfully submitted on November 23, 2015,

| | |
|---|---|
| s/ Deborah S. Corbishley | s/ Edward R. Shohat |
| Richard H. Critchlow, Esq. (FL Bar #155227) | Edward R. Shohat, Esq. (FL Bar #152634) |
| Deborah S. Corbishley, Esq. (FL Bar #588229) | JONES WALKER |
| KENNY NACHWALTER, P.A. | 201 South Biscayne Blvd., Suite 2600 |
| 201 South Biscayne Blvd., Suite 1100 | Miami, Florida 33131 |
| Miami, Florida 33131 | Telephone 305.679.5700 |
| Telephone: (305) 373-1000 | Facsimile 305.679.5710 |
| Facsimile: (305) 372-1861 | eshohat@joneswalker.com |
| rcritchlow@knpa.com | |
| dcorbishley@knpa.com | *Counsel for Defendant Steve I. Silverman* |
| *Counsel for Defendant Abbey L. Kaplan* | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 23, 2015, I electronically filed the foregoing and its exhibits with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s Deborah S. Corbishley
Deborah S. Corbishley

*Cordell Consultant, Inc. Money Purchase Plan and Trust, v. Eliot C. Abbott, et al*

**SERVICE LIST**

Irwin R. Gilbert, Esq. (FL Bar #099473)
Sayed M. Zonaid, Esq. (FL Bar #113442)
KELLEY KRONENBERG
1475 Centrepark Blvd., Suite 275
West Palm Beach, Florida 33401
Telephone: 561-684-5956
IGilbert@kelleykronenberg.com
Irgeservice@kelleykronenberg.com

Bryan J. Yarnell, Esq. (FL Bar #088900)
YARNELL LAW OFFICES
11000 Prosperity Farms Road,
Suite 205
Palm Beach Gardens, FL 33410
Telephone: (561) 622-1252
Facsimile: (561) 799-1904
bryanyarnell@gmail.com
*Counsel for Plaintiff*

Richard H. Critchlow, Esq. (FL Bar #155227)
Deborah S. Corbishley, Esq. (FL Bar #588229)
KENNY NACHWALTER, P.A.
201 South Biscayne Blvd., Suite 1100
Miami, Florida 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
rcritchlow@knpa.com
dcorbishley@knpa.com
*Counsel for Defendant Abbey L. Kaplan*

Ramon Rasco, Esq. (FL Bar #0617334)
PODHURST ORSECK, P.A.
City National Bank Building – 8th Floor
25 West Flagler Street
Miami, Florida 33130
Telephone: (305) 358-2800
Facsimile: (305) 358-2382
rrasco@podhurst.com
*Counsel for Defendant, Eliot C. Abbott*

Howard D. DuBosar, Esq. (FL Bar #729108)
THE DUBOSAR LAW GROUP, P.A.
1800 N. Military Trail, Suite 470
Boca Raton, Florida 33436
Telephone: (561) 544-8980
Facsimile: (561) 544-8988
hdubosar@dubosarnavon.com
*Counsel for Defendant, Kluger, Peretz, Kaplan & Berlin, P.L.*

Marilyn G. Kohn, Esq.
KLUGER, KAPLAN, ABBEY KAPLAN,
KATZEN & LEVINE, P.L.
201 S. Biscayne Blvd., 17th Floor
Miami, Florida 33131
Phone: (305) 379-9000
Facsimile: (305) 379-3428
mkohn@klugerkaplan.com
*Counsel for Defendants, Abbey L. Kaplan and Steve I. Abbey Kaplan*

Edward R. Shohat, Esq.
JONES WALKER
201 South Biscayne Blvd., Suite 2600
Miami, Florida 33131
Telephone 305.679.5700
Facsimile 305.679.5710
eshohat@joneswalker.com
*Counsel for Defendant Steve I. SILVERMAN*