UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-80416-KLR

CORDELL CONSULTANT, INC. MONEY
PURCHASE PLAN AND TRUST, a
Virginia Corporation,

    Plaintiff,

v.

ELIOT C. ABBOTT, et al.

    Defendants.

_____/

**DEFENDANT KAPLAN AND SILVERMAN'S NOTICE OF FILING
*CORRECTED* EXHIBIT TO THEIR BILL OF COSTS D.E. 791
AND THEIR MEMORANDUM IN SUPPORT D.E. 792**

    The undersigned gives notice of filing a *Corrected* exhibit which was attached to Defendants Abbey Kaplan and Steve I Silverman's Bill of Costs D.E. 791 and their Memorandum in Support D.E. 791.  Portions of the first three pages were inadvertently cut off at at D.E. 791-3 and D.E. 792-3 respectively.  Defendants hereby attach the corrected exhibit.

    Respectfully submitted, this 23rd day of November, 2015,

| | |
|---|---|
| s/ Deborah S. Corbishley | s/ Edward R. Shohat |
| Richard H. Critchlow, Esq. (FL Bar #155227) | Edward R. Shohat, Esq. (FL Bar #152634) |
| Deborah S. Corbishley, Esq. (FL Bar #588229) | JONES WALKER |
| KENNY NACHWALTER, P.A. | 201 South Biscayne Blvd., Suite 2600 |
| 201 South Biscayne Blvd., Suite 1100 | Miami, Florida 33131 |
| Miami, Florida 33131 | Telephone 305.679.5700 |
| Telephone: (305) 373-1000 | Facsimile 305.679.5710 |
| Facsimile: (305) 372-1861 | eshohat@joneswalker.com |
| rcritchlow@knpa.com | |
| dcorbishley@knpa.com | *Counsel for Defendant Steve I. Silverman* |
| *Counsel for Defendant Abbey L. Kaplan* | |

1

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 23, 2015, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s Deborah S. Corbishley
Deborah S. Corbishley

*Cordell Consultant, Inc. Money Purchase Plan and Trust, v. Eliot C. Abbott, et al*

## SERVICE LIST

Irwin R. Gilbert, Esq. (FL Bar #099473)
Sayed M. Zonaid, Esq. (FL Bar #113442)
KELLEY KRONENBERG
1475 Centrepark Blvd., Suite 275
West Palm Beach, Florida 33401
Telephone: 561-684-5956
IGilbert@kelleykronenberg.com
Irgeservice@kelleykronenberg.com

Bryan J. Yarnell, Esq. (FL Bar #088900)
YARNELL LAW OFFICES
11000 Prosperity Farms Road,
Suite 205
Palm Beach Gardens, FL 33410
Telephone: (561) 622-1252
Facsimile: (561) 799-1904
bryanyarnell@gmail.com
*Counsel for Plaintiff*

Richard H. Critchlow, Esq. (FL Bar #155227)
Deborah S. Corbishley, Esq. (FL Bar #588229)
KENNY NACHWALTER, P.A.
201 South Biscayne Blvd., Suite 1100
Miami, Florida 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
rcritchlow@knpa.com
dcorbishley@knpa.com
*Counsel for Defendant Abbey L. Kaplan*

Ramon Rasco, Esq. (FL Bar #0617334)
PODHURST ORSECK, P.A.
City National Bank Building – 8th Floor
25 West Flagler Street
Miami, Florida 33130
Telephone: (305) 358-2800
Facsimile: (305) 358-2382
rrasco@podhurst.com
*Counsel for Defendant, Eliot C. Abbott*

Howard D. DuBosar, Esq. (FL Bar #729108)
THE DUBOSAR LAW GROUP, P.A.
1800 N. Military Trail, Suite 470
Boca Raton, Florida 33436
Telephone: (561) 544-8980
Facsimile: (561) 544-8988
hdubosar@dubosarnavon.com
*Counsel for Defendant, Kluger, Peretz, Kaplan & Berlin, P.L.*

Marilyn G. Kohn, Esq.
KLUGER, KAPLAN, ABBEY KAPLAN, KATZEN & LEVINE, P.L.
201 S. Biscayne Blvd., 17th Floor
Miami, Florida 33131
Phone: (305) 379-9000
Facsimile: (305) 379-3428
mkohn@klugerkaplan.com
*Counsel for Defendants, Abbey L. Kaplan and Steve I. Abbey Kaplan*

Edward R. Shohat, Esq.
JONES WALKER
201 South Biscayne Blvd., Suite 2600
Miami, Florida 33131
Telephone 305.679.5700
Facsimile 305.679.5710
eshohat@joneswalker.com
*Counsel for Defendant Steve I. SILVERMAN*

3