UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-80416-RYSKAMP

CORDELL CONSULTANTS, INC.,
MONEY PURCHASE PLAN,
a Virginia corporation,
        Plaintiff,
v.

ELIOT C. ABBOTT, et al.,
        Defendants.
_____/

**PLAINTIFF AND PLAINTIFF'S COUNSEL'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS KAPLAN
AND SILVERMAN'S RENEWED AND SUPPLEMENTAL MOTION FOR SANCTIONS
[D.E. 794]**

Plaintiff, as well as Plaintiff's counsel, hereby requests additional time to respond to the above-captioned Motion [D.E 794], and in support, states:

1. Defendants, Kaplan and Silverman, have filed a renewed motion for sanctions against the Plaintiff and its counsel. *See* D.E. 794. The Court has extended the page limits for this motion, granting Defendants ten (10) additional pages [D.E. 796].

2. The new motion for sanctions, D.E. 794, was filed on November 23, 2015. Plaintiff's counsel is scheduled to begin a two week jury trial in another matter, *Block adv. Gievers*, on December 7, 2015. December 4 has been set aside for pre-trial motions in that case. Counsel is preparing for that trial which is a complex matter involving six parties and made more complex by third and fourth party actions. Due to the proximity in dates, Plaintiff's counsel requires additional time to adequately respond to D.E. 794.

3. Moreover, additional time is required by the sheer volume of allegations set forth by the Defendants. In D.E. 794, the Defendants' counsel seeks sanctions under three different

legal theories (Rule 11, 28 U.S.C. § 1927, and the Court's inherent power), each of which is governed by a different legal standard. Additionally, D.E. 794 contains many factual claims regarding various stages of this litigation. Further, the exhibits to D.E. 794 are laden with highlights and commentary which effectively multiply the number of allegations which Plaintiff's counsel must respond to[1].

4. Due to the significance and complexity of the pending motions, and in light of the scheduling conflict referenced above, Plaintiff's counsel requests an extension of time through December 27, 2015 to file responses.

## CONCLUSION

For the foregoing reasons, Plaintiff's counsel hereby moves the Court to grant this extension of time.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that counsel for the movant has conferred with all parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues raised in the motion and states that the following issues have been resolved: The respective attorneys for Kaplan and Silverman do not oppose the motion and leave to the discretion of the Court the length of the extension of time.

---

[1] One of these exhibits [794-5] was created from an appendix to a Motion in Limine, filed by the Defendants, which the Court has stricken from the record. *See* Order Striking Motion in Limine at D.E. 762. Another exhibit [D.E. 794-5] is an appendix which spans 73 pages and includes substantive commentary for which the Plaintiff has had no previous opportunity to respond.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically transmitted notices of electronic filings.

/s/ Irwin Gilbert
Irwin R. Gilbert (Fla. Bar #099473)
Kelley Kronenberg
Attorneys for Plaintiff
1475 Centrepark Blvd. Ste. 275
West Palm Beach, FL 33401
Tel. 561.684.5956
Fax. 561.684.5753
igilbert@kelleykronenberg.com

## Service List

| | |
|---|---|
| Steven C. Marks, Esq.<br>Fla. Bar No.: 516414<br>smarks@podhurst.com<br>Ramon Rasco, Esq.<br>Fla. Bar No.: 0617334<br>rrasco@podhurst.com<br>**Podhurst Orseck, PA.**<br>City National Bank Building, 8th Floor<br>25 West Flagler Street<br>Miami, FL  33130<br>Telephone:  (305) 358-2800<br>Facsimile:  (305) 358-2382<br>*Counsel for Defendant Eliot C. Abbott*<br><br>Howard D. DuBosar, Esq.<br>Fla. Bar No.: 729108<br>dubosarh@dubolaw.com<br>**The DuBosar Law Group, P.A.**<br>Attorneys for Kluger Peretz Kaplan & Berlin, P.L.<br>1800 N. Military Trail, Suite 470<br>Boca Raton, FL  33431<br>Telephone:  (561) 544-8980<br>Facsimile:  (561) 544-8988<br>*Counsel for Defendant, Kluger, Peretz, Kaplan & Berlin, P.L.* | Deborah S. Corbishley, Esq.<br>Fla. Bar No.: 588229<br>dcorbishley@kennynachwalter.com<br>Richard H. Critchlow, Esq.<br>Fla. Bar No.: 155227<br>rcritchlow@kennynachwalter.com<br>**Kenny Nachwalter, P.A**.<br>201 South Biscayne Boulevard<br>Suite 1100<br>Miami, FL  33131<br>Telephone:  (305) 373-1000<br>Facsimile:  (305) 372-1861<br>*Counsel for Defendant Abbey L. Kaplan*<br><br>Marilyn G. Kohn, Esq.<br>Fla. Bar No.: 168009<br>mkohn@klugerkaplan.com<br>**Kluger, Kaplan, Silverman, Katzen & Levine, P.L.**<br>201 S. Biscayne Blvd., 17th Floor<br>Miami, Florida 33131<br>Phone: (305) 379-9000<br>Facsimile: (305) 379-3428<br>*Counsel for Defendants, Abbey L. Kaplan and Steve I. Silverman*<br><br>Edward R. Shohat, Esq.<br>Fla. Bar No.:  152634<br>eshohat@joneswalker.com<br>**Jones Walker**<br>201 S. Biscayne Blvd<br>Twenty Sixth Floor<br>Miami, Florida 33131<br>Telephone: (305) 679-5700<br>Facsimile: (305) 679-5710<br>*Counsel for Defendant Steve I. Silverman* |