UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  11-CV-80416-RYSKAMP

CORDELL CONSULTANT, INC.
MONEY PURCHASE PLAN AND
TRUST, a Virginia corporation,

    Plaintiff,

v.

ELIOT C. ABBOTT, et al.,

    Defendants.
_____/

### NOTICE OF FILING ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

    In accordance with Federal Rule of Appellate Procedure 10(b), Plaintiff hereby files the attached Eleventh Circuit Transcript Information Form.

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on Monday, December 21, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically transmitted notices of electronic filings.

    Respectfully Submitted,

    KELLY KRONENBERG, P.A.
    Counsel for Appellant
    1475 Centrepark Boulevard Suite 275
    West Palm Beach, Florida 33401
    Telephone: (561) 684-5956
    Fax: (561) 684-5753
    igilbert@kelleykronenberg.com

    By: */s/ Irwin Gilbert*
      IRWIN R. GILBERT, ESQ.
      Fla. Bar No.:  099473

## Service List

| | |
|---|---|
| Ramon Rasco, Esq.<br>Fla. Bar No. 0617334<br>rrasco@podhurst.com<br>**Podhurst Orseck, PA.**<br>City National Bank Building, 8th Floor<br>25 West Flagler Street<br>Miami, FL  33130<br>Telephone:  (305) 358-2800<br>Facsimile:  (305) 358-2382<br>*Counsel for Defendant/Appellee Eliot C. Abbot*<br><br>Howard D. DuBosar, Esq.<br>Fla. Bar No. 729108<br>dubosarh@dubolaw.com<br>**The DuBosar Law Group, P.A.**<br>Attorneys for Kluger, Peretz, Kaplan & Berlin, P.L.<br>1800 N. Military Trail, Suite 470<br>Boca Raton, FL  33431<br>Telephone:  (561) 544-8980<br>Facsimile:  (561) 544-8988<br>*Counsel for Defendant/Appellee Kluger, Peretz, Kaplan & Berlin, P.L.*<br><br>Edward R. Shohat, Esq.<br>Fla. Bar No. 152634<br>**Jones Walker LLP**<br>201 South Biscayne Blvd., Suite 2600<br>Miami, Florida 33131<br>Telephone: (305) 679-5700<br>Facsimile: (305) 679-5710<br>eshohat@joneswalker.com<br>*Counsel for Defendant/Appellee Steven I. Silverman* | Deborah S. Corbishley, Esq.<br>Fla. Bar No. 588229<br>dcorbishley@kennynachwalter.com<br>Richard H. Critchlow, Esq.<br>Fla. Bar No. 155227<br>rcritchlow@kennynachwalter.com<br>**Kenny Nachwalter, P.A**.<br>201 South Biscayne Boulevard<br>Suite 1100<br>Miami, FL  33131<br>Telephone:  (305) 373-1000<br>Facsimile:  (305) 372-1861<br>*Counsel for Defendant/Appellee Abbey L. Kaplan*<br><br>Marilyn G. Kohn, Esq.<br>Fla. Bar No. 168009<br>mkohn@klugerkaplan.com<br>**Kluger, Kaplan, Silverman, Katzen & Levine, P.L.**<br>201 S. Biscayne Blvd., 17th Floor<br>Miami, Florida 33131<br>Phone: (305) 379-9000<br>Facsimile: (305) 379-3428<br>*Counsel for Defendants/Appellees Abbey L. Kaplan and Steve I. Silverman* |

# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

**PART I.     TRANSCRIPT ORDER INFORMATION**

*Appellant to complete and file with the District Court Clerk and the Court of Appeals Clerk within 14 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: Cordell Consultant, Inc.  vs Eliot Abbott, et al.
District Court No.: 9:11-CV-80416-KLR   Date Notice of Appeal Filed: 12/08/2015   Court of Appeals No.: 15-15488
(If Available)

CHOOSE ONE:  ☐ No hearing  ☐ No transcript is required for appeal purposes  ☒ All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☐ Plea | | | |

☒ Other  No hearing requested; compliance with FRAP 10(b)

**METHOD OF PAYMENT:**

☒ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: Irwin R. Gilbert, Counsel for Plaintiff/Appellant Cordell Consultant, Inc.
Name of Firm: Kelley Kronenberg, P.A.
Street Address/P.O. Box: 1475 Centrepark Blvd., Suite 275
City/State/Zip Code: West Palm Beach, FL 33401     Phone No.: (561) 684-5956

*I certify that I have completed and filed PART I with the District Court Clerk and the Court of Appeals Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, and served all parties.*

DATE: 12/21/2015     SIGNED: _____     Attorney for: Plaintiff/Appellant Cordell

**PART II.     COURT REPORTER ACKNOWLEDGMENT**

*Court Reporter to complete and file with the District Court Clerk within 14 days of receipt. The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*
Date Transcript Order received: _____
☐ Satisfactory arrangements for paying the cost of the transcript were completed on: _____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.
No. of hearing days: _____   Estimated no. of transcript pages: _____   Estimated filing date: _____
DATE: _____   SIGNED: _____   Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

**PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT**

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____

Actual No. of Volumes and Hearing Dates: _____

Date: _____     Signature of Court Reporter: _____

Rev. 11/13