**Feb 11, 2016**

FILED BY ___HH___

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 11, 2016

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 15-15488-CC
Case Style: Cordell Consultant, Inc. Money v. Eliot Abbott, et al
District Court Docket No: 9:11-cv-80416-KLR

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 02/09/2016.

Counsel are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

All pending motions are now rendered moot in light of the attached order.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 15-15488-CC
_____

CORDELL CONSULTANT, INC. MONEY
PURCHASE PLAN AND TRUST,
a Virginia Corporation,

         Plaintiff - Appellant,

versus

ELIOT C. ABBOTT,
ABBEY L. KAPLAN,
STEVEN I. SILVERMAN,
KLUGER, PERETZ, KAPLAN & BERLIN, P.L.,
a Florida Professional Limited Liability Company,

         Defendants - Appellees,

DALE S. BERGMAN,

         Defendant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Cordell Consultant, Inc. Money Purchase Plan and Trust has failed to file an appellant's brief within the time fixed by the rules, effective February 11, 2016.

AMY C. NERENBERG
Acting Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Joe Caruso, Deputy Clerk

         FOR THE COURT - BY DIRECTION